UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH NOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| HARRIS-STOWE STATE UNIVERSITY, | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SONETTE T. MAGNUS

I, Sonette T. Magnus, in accordance with 28 U.S.C. § 1746, hereby state and declare the following based on my personal knowledge this 10th day of January, 2024.

1. I am over the age of 18 and am competent to testify at a trial or other hearing on this matter.

2. I have personal knowledge of the facts set forth in this Declaration.

3. My law firm, Thompson Coburn LLP, is counsel for Defendant Harris-Stowe State University ("Harris-Stowe") in the above-captioned action.

4. On December 6, 2023, I sent an e-mail to Jeremy Hollingshead, co-counsel for Plaintiff Kenneth Noe ("Plaintiff"), informing him that I would accept service on behalf of Harris-Stowe. *See* E-Mail Correspondence, attached hereto as **EXHIBIT 1**.

5. On December 8, 2023, Mr. Hollingshead replied to my December 6, 2023 e-mail and attached a copy of Plaintiff's Petition. *Id.* In his December 8, 2023 e-mail, Mr. Hollingshead also stated in part "I will have to mail [the Petition] to you, along with the [Missouri Rule of Civil Procedure] 54.16 Notice to be signed/returned to me for filing with the Court. I'll get that out today." *Id.*

EXHIBIT A

6. On December 12, 2023, I received a copy of the Petition and a summons via U.S. Mail.

7. On January 4, 2023, I mailed the Notice described in Paragraph 5, *supra*, to Mr. Hollingshead.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of January, 2024.

_____
Sonette T. Magnus