| | |
|---|---|
| From: | jhollingshead hdtriallawyers.com <jhollingshead@hdtriallawyers.com> |
| Sent: | Friday, December 8, 2023 3:29 AM |
| To: | Magnus, Sonette T. |
| Subject: | RE: Noe |
| Attachments: | Noe Kenneth - P Exh 13 - CBA.pdf; Noe Kenneth - P Exh 14 - 2021 MOU.pdf; Noe Kenneth - P Exh 15 - 2022 MOU.pdf; Noe Kenneth - P Exh 16  - Policy 4180 Grievances.pdf; Noe Kenneth - P Exh 17 - 10-4-22 informal res refusal revised.pdf; Noe Kenneth - P Exh 18 - CBA and policy Grievance 10-7-22.pdf; Noe, Kenneth - P Exh 1 - MCHR RTS.pdf; Noe, Kenneth - P Exh 2 - EEOC RTS.pdf; Noe, Kenneth - P Exh 3 - COD_Redacted.pdf; Noe, Kenneth - P Exh 4 - Reinstatement Offer.pdf; Noe, Kenneth - P Exh 5 - ADA 11-10-21.pdf; Noe, Kenneth - P Exh 6 - ADA 8-8-22.pdf; Noe, Kenneth - P Exh 7 - ADA 8-18-21_Redacted.pdf; Noe, Kenneth - P Exh 8 - ADA 8-30-22.pdf; Noe, Kenneth - P Exh 9 - Ltr 8-18-22_Redacted.pdf; Noe, Kenneth - P Exh 10 - Ltr 9-9-22 _Redacted.pdf; Noe, Kenneth - P Exh 11 - Sept 2022 Emails.pdf; Noe, Kenneth - P Exh 12 - Sept 2022 Emails Pt 2_Redacted.pdf; Noe, Kenneth - Petition FINAL.pdf |

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Sonette,

Apologize for the delay.  Attached please find Mr. Noe's Petition, along with the filed exhibits.  I think I mentioned it in my original email, but Rule 54.16's service my mail requirements are strictly construed by the courts, and thus—as ridiculous as it sounds in this modern era of electronic communications—I will have to mail the same to you, along with the Rule 54.16 Notice to be signed/returned to me for filing with the Court.  I'll get that out today.

Sincerely,

**Jeremy Hollingshead, M.B.A.**
**Partner**
Hollingshead & Dudley
Direct:  (314) 925-7627
Cell:  (314) 616-6364
Fax:  (314) 667-4798
14323 S. Outer 40 Rd., Ste. 204N
Town & Country, MO 63017



http://www.hdtriallawyers.com

1

EXHIBIT 1

**From:** Magnus, Sonette T. <SMagnus@thompsoncoburn.com>
**Sent:** Wednesday, December 6, 2023 2:48 PM
**To:** jhollingshead hdtriallawyers.com <jhollingshead@hdtriallawyers.com>
**Subject:** Noe

Jeremy,

Confirming that I got your email and will accept service.

Best,


**Sonette T. Magnus**
(she/her/hers)
smagnus@thompsoncoburn.com
P: 314 552 6255
F: 314 552 7000

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101
www.thompsoncoburn.com

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.