Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

including because these infractions impede the University's ability to provide a quality education to its students. Accordingly, a Faculty Member's failure to adhere to the provisions set forth in subsections 8.3 (a)-(c) of this Agreement may serve as a basis for discipline. This discipline must occur consistent with Article 13 of this Agreement, and may begin at an advanced step, including suspension without pay or discharge, depending on the severity of the offense.

8.4 - Faculty Responsibilities

    a.    Faculty will adhere to the start and stop times of scheduled courses in order to facilitate class discussion; adequate lecture techniques, and student involvement and activity.

    b.    All faculty absences, late arrivals, and early dismissals for scheduled class time will be documented by the faculty member through a University-provided and University-monitored database.

    c.    Faculty will turn in attendance daily, by 11:00 p.m.

    d.    Faculty will submit mid-term examination results by 4:00 p.m. on the Monday following administration of the last mid-term examination given at the University.

    e.    Faculty will submit final examination results by 4:00 p.m. on the Monday following administration of the last final examination given at the University.

    f.    A Faculty Member's failure to adhere to the requirements applicable to him or her, as set forth in subsection 8.4 (a)-(e), may be serious infractions for various reasons, including because these infractions impede the University's ability to provide a quality education to its students. Accordingly, a Faculty Member's failure to adhere to the provisions set forth in subsections 8.4 (a)-(e) of this Agreement may serve as a basis for discipline. This discipline must occur consistent with Article 13 of this Agreement, and may begin at an advanced step, including suspension without pay or discharge, depending on the severity of the offense.

8.5 - Attendance at University Events and Meetings

    a.    Faculty engagement and support of University events is critical to the success of the institution. Accordingly, Faculty commit to attend University meetings, events and activities, in addition to the following required activities, provided the following activities do not interfere with scheduled class time:

Rite of Passage Ceremony
Commencement
Alpha Chi Honor program
Provost's Honor Program
Fall Institute
Spring Institute
Fall Convocation

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Department, College, and School meetings
Monthly Faculty and Professional Staff meetings

Any special meeting called by the Provost or his or her designee, provided notice of said meeting is given at least twenty-four (24) hours in advance of the meeting and does not infringe on class time.

b.      A Faculty Member's failure to adhere to the requirements applicable to him or her, as set forth in subsection 8.5 (a), may be serious infractions for various reasons, including because these infractions impede the University's ability to provide a quality education to its students. Accordingly, a Faculty Member's failure to adhere to the provisions set forth in subsections 8.5(a) of this Agreement may serve as a basis for discipline. This discipline must occur consistent with Article 13 of this Agreement, and may begin at an advanced step, including suspension without pay or discharge, depending on the severity of the offense.

## ARTICLE IX - DEDICATION TO UNIVERSITY EMPLOYMENT

In order to facilitate student recruitment and retention, all Faculty members recognize the need to devote their professional resources primarily to the University. Full-time faculty may teach up to six (6) credit hours in a given semester at an institution of higher education outside of Harris-Stowe State University without prior approval, provided that outside employment does not interfere with the faculty member's obligations to Harris-Stowe State University. Non-teaching employment outside of the University shall not exceed twenty (20) hours per week. Outside teaching employment will be noted in the employee's personnel file, the employee's file in the Office of Academic Affairs, and his or her supervisor's desk file. Outside employment shall not exceed twenty (20) hours per week in aggregate or impede the employee's commitments to the University.

## ARTICLE X - BENEFITS

10.1 - The University will contribute the following per month towards the employee's purchase of prescription drug, hospital, surgical, and medical insurance: $629.49 for individual coverage; $936.65 for employee plus spouse coverage; $875.86 for employee plus child coverage; and $1,130.50 for family coverage. If an employee waives coverage under the University's policy, the employee is ineligible to receive the contribution outlined herein as compensation. At times, when appropriate, insurance information will be presented at the Labor relations meetings or at all employee insurance meetings.

10.2 - The University will provide the employee with basic life insurance at a level of coverage · equal to two and one-half times the employee's annual earnings, up to a maximum of $100,000. The employee may purchase additional amounts of personal insurance and dependent coverage.

10.3 - The University will make available vision and dental insurance for the employee, at the employee's expense.

10.4 - The University will provide long-term disability insurance to the employee, which may provide an employee who is totally disabled up to sixty percent (60%) of his or her salary, up to $10,000.00 per month.

11

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

10.5 - The University will offer an Employee Assistance Program (EAP).

10.6 - The University will contribute to the employee's retirement through the Missouri State Employees' Retirement System (MOSERS). However, full-time faculty hired after July 1, 2002, are enrolled in the College & University Retirement Plan (CURP), to which the University makes contributions. If required under the Plan, faculty contributions may be required for faculty hired after a date designated by CURP.

10.7 - The University is committed to diversification of the faculty and to serving the needs thereof. Given this commitment, all members of the faculty shall be accorded equal treatment pursuant to State and federal law. In that light, domestic partners of faculty are entitled to access all services, where required by State law, extended to spouses.

## ARTICLE XI - EVALUATION

11.1 - The primary purpose of the evaluation instrument is to improve the quality and effectiveness of faculty performance. The evaluation process should be an objective process of open communication, which serves to assist, motivate, guide and evaluate the faculty member.

11.2 - The development and continuance of a competent employee is a major objective of the performance evaluation. The Dean of the College or School or the Chair of the Department and the employee will coordinate the completion of the employee's formal evaluation. Prior to completing an evaluation, the Dean or Chair must inform the faculty member of the evaluation criteria. Evaluations may be prepared and/or delivered electronically. Areas that need improvement will be noted and training opportunities will be made available to the faculty for remediable performance deficiencies.

11.3 - Each faculty member will be provided at least one formal evaluation per academic year. Upon completion of the formal evaluation, the Dean must review the completed evaluation and provide it to the Provost, who will provide the Association member with a copy of the evaluation report. The faculty member must sign the evaluation report, which does not necessarily indicate agreement with the evaluation, but merely indicates receipt of the evaluation report.

The faculty member's completed evaluation and any rebuttal submitted will be placed together in the faculty member's personnel file.

Evaluation rebuttals must be submitted no later than 10 faculty calendar work days from the date the evaluation is signed.

11.4 - Evaluation criteria shall be consistent with the criteria for obtaining tenure.

## ARTICLE XII - LEAVES

12.1 - Sick Leave

**NOE PETITION EXH. 13, Page 14 of 32**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

a.      The University shall provide each faculty member with nine (9) leave days each fiscal year for use as sick leave. Sick leave days may be used for illness of an employee or for a member of the employee's immediate family (to be defined as the employee's child, parent, or spouse), as well as for doctor's appointments. Unused sick days shall be credited to the employee and can be accumulated up to sixty (60) Days. Employees who have accumulated more than sixty (60) days as of June 30, 2014, shall retain access to their accumulated days, but shall not accumulate additional days until their accumulation declines to below sixty (60) days.

b.      An employee who is absent for more than three (3) days in an academic term for illness (either the employee's illness or that of an immediate family member) may be required to provide a medical certification, at the employee's expense, to substantiate a request for additional leave days in that semester. Additionally, the University reserves the right to require an employee to provide a medical certification at any time, at the University's expense, to substantiate a request for sick leave.

c.      Sick leave may be used to supplement benefits received pursuant to the Workers Compensation Act, by requiring the employee to surrender one-third of a sick day for every day of absence for a compensable work-related injury in order to receive one-third of a day's wage for the day of absence. In the event that an employee's absence is covered by the Family and Medical Leave Act (FMLA), the employee will be required to run all available sick leave concurrent with FMLA leave.

d.      An employee who requests to utilize sick leave must notify his or her supervisor as soon as possible, but no later than two (2) hours prior to the commencement of a scheduled class. The supervisor and the faculty member will coordinate notification to students that the faculty member will be absent. The faculty member will notify the supervisor and use the human resources information system to request and record sick leave appropriately. In addition, the faculty member will notify Human Resources when using FMLA.

12.2 - Personal Leave

The University shall provide each Faculty member with two (2) personal days per fiscal year. A personal day may be used for any reason, but may not be used during the first five (5) days of an academic term, or during reading or finals weeks at the end of an academic term without approval of the Provost. Requests for use of personal leave must be made at least two (2) school days in advance, and submitted to the Provost for approval. The Provost retains the discretion to make exceptions to the two-day advanced request requirement in cases of emergency. Unused personal leave does not carry over into subsequent semesters. Personal leave must be taken as a whole day, and cannot be taken in hourly increments.

12.3 - Jury Duty and Court Leave

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Employees called for jury duty or subpoenaed to testify in a civil or criminal proceeding on behalf of the University will be granted leave with pay, less any jury or witness fees received.

12.4 - Military leave

    a.    An employee who is a member of the National Guard, or an organized military service of the United States, and who is required by laws of the United States or the State of Missouri to report for military duty, including training, shall be eligible for military leave in accordance with federal law.

    b.    Whenever an employee has a choice as to when to report for military duty, the employee's military leave shall be arranged during periods in which classes are not in session. When the employee is given a choice as to when to report for duty, the President of the University may request a change in those military orders from the respective branch of the military if such a change appears to be in the interest of the University.

12.5 - Bereavement Leave

Absences without loss of pay for up to three (3) consecutive work days for each death in the employee's immediate family shall be allowed. The immediate family is defined as father, mother, husband, wife, son, daughter, brother, sister, grandparents, grandchildren, in-laws and step-in-laws of the same degree; or any otherwise unnamed member of the employee's household and common law equivalent of the above. Suitable documentation must be provided.

12.6 - Professional Conference Leaves

The University recognizes the importance of faculty members being supported in their attendance at professional meetings. Leave with pay for attendance at professional conferences, which do not unduly interfere with the delivery of faculty services, may be granted by the Provost. It is the responsibility of the faculty member to secure coverage for any course that will be missed.

Travel funds will be provided to support the participation of each full-time ranked faculty member in one professional meeting per year (within the contiguous 48 states), limited by available University resources. The faculty member may be funded for the most reasonable transportation, lodging, food costs and registration fees. Approval must be obtained in advance from the faculty member's Department Chair or Dean.

12.7 - Leaves of Absence without Pay

Leaves of absences without pay may be granted by the Department of Human Resources for a variety of reasons which usually fall into one of the following two general categories:

    1.    Leaves for illnesses for which the employee has no remaining paid personal days to cover the time lost from work.

    2.    Leaves for reasons other than illness.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

With the exception of military leave, leaves without pay will be subject to the terms of the University's Family and Medical Leave Act Policy, or in rare cases, the Long-Term Leave Policy.

## ARTICLE XIII - EMPLOYEE DISCIPLINE

13.1 - Employee discipline shall be used in an effort to improve, correct and prevent a recurrence of undesirable behavior or performance issues in accordance with the standards of due process.

13.2 - Whenever practical; and in the best interest of students and staff, the University shall endeavor to adhere to principles of progressive discipline, based on the seriousness of the offense and the discipline history of the employee, including but not limited to the following steps: verbal warning, written warning, suspension without pay, and discharge. The University shall tailor discipline to respond to the nature and severity of the offense, and will not be required to apply progressive discipline where the University reasonably believes that the severity of the alleged offense calls for the imposition of discipline at an advanced step.

13.3 - Any complaints made against an employee by a fellow employee, Administrator, student or other person will be brought to the attention of the employee if the University determines, upon investigation, that the complaint is substantiated and will result in discipline to the employee.

13.4 - No video or audio recording shall be made of the meeting unless both the employee and the University representative consent to the recording. In any informal meeting of an investigative nature between a faculty member and an administrative representative, in which the administrator is seeking information in order to make a determination that could lead to an adverse action, the faculty member shall have the right to be accompanied by an Association representative.

At the commencement of the meeting, the employee shall be informed of the nature and purpose of the meeting. If, prior to or during a meeting between the University and a faculty member, the faculty member reasonably concludes that discipline could result, the faculty member shall be entitled to representation by the Union. If necessary, the meeting may be suspended until the end of the second business day following the day of the meeting in order for the employee to secure a representative. All disciplinary meetings shall be conducted in an enclosed office.

13.5 - The University may place a faculty member on paid administrative leave pending investigation of an allegation, upon notice to the Association Representative and the employee. Faculty members on paid administrative leave are expected to remain available during normal working hours in order to participate in the investigation process; however, the employee's access to facilities and equipment may be suspended during the investigation. Paid administrative leave is not discipline and is not subject to the grievance procedure.

13.6 - At the conclusion of its investigation, the University shall inform the employee, in writing, of the outcome of the investigation and any disciplinary action to be imposed.

13.7 - Any employee who, following investigation has received a recommendation for termination by the University, and this recommendation has been moved forward to the Board prior to the expiration of the then-current contract year:, will be given the opportunity to appeal the decision through the grievance process, including review and appeal to the Board. The Board will review the employee's personnel record, the recommendation of the University and any supporting

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

documentation, and any evidence the employee believes supports reversal of the University's decision.

13.8 – Pending the final grievance action, a faculty member may, at the discretion of the University, be relieved of his/her duties or any part thereof, but without penalty as to pay.

## ARTICLE XIV – GRIEVANCE PROCEDURE

14.1 - Definitions

> a.   Grievance – A claim by a faculty member or the Association that a provision of this Agreement has been violated, misinterpreted or misapplied. This procedure is not applicable to the content of performance evaluations, except as they relate to the application of the procedure, to decisions regarding reduction in force, except as they relate to the application of the procedure, nor to decisions for which state or federal statute may provide a means of resolving disputes. A grievance must arise during the term of this Agreement in order to be processed pursuant to the procedure in this Agreement.

> b.   Day – When this Article requires certain action to be taken within a specific number of days, days means "faculty calendar work days" when and specifically excludes weekends, University holidays or recess observed by the University. In counting days, the day on which the event initiating the time limit is not counted. The aggrieved party reserves the right to initiate in the fall any grievances which occur after the conclusion of the spring semester.

14.2 - Informal Resolution

Faculty members who believe that a term of this Agreement has been violated must meet with their immediate supervisor within ten (10) days of the alleged violation. The purpose of this informal conference is to attempt to provide clarification of the issue and, where possible, resolve the dispute.

14.3 - Formal Resolution

Step One: Dean

> If the dispute is not resolved within ten (10) working days of the informal conference with the employee's immediate supervisor, the employee or Association may initiate the formal procedure by filing a formal written grievance, as defined in Section 14.1.a herein with the Dean. The Dean, or his/her designee, shall respond to the formal grievance in writing within five (5) days of receipt of the grievance form.

Step Two: PROVOST

> If the employee or Association is not pleased with the result of the Dean's Step One response, the employee or Association may appeal the decision to the Provost/Academic Affairs Office within ten (10) days of the receipt of the Step One response. Within five (5)

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

days of receipt of the Step Two appeal, the Provost will schedule a meeting with the employee and his or her Association representative to review the formal grievance and the recommendation of the immediate supervisor through the informal resolution process. Such meeting will take place within ten (10) days of the Provost, Assistant Provost or Associate Provost's receipt of the Step One grievance form. Within ten (10) days of this conference, the immediate supervisor will provide the employee with a written response to the dispute.

Step Three: Mediation - FMCS and Appeal for Review by the President of the University

In the event the aggrieved party is not satisfied with the decision at Step 2, he /she may within five (5) working days of receiving the decision request that the parties request grievance mediation from the Federal Mediation and Conciliation Service (FMCS) in order to try to resolve the matter. The dates of mediation will be mutually agreed upon by both parties.

In the event the aggrieved party is not satisfied with the outcome from Federal Mediation and Conciliation Service (FMCS), he/she may within five (5) working days from the final mediation session present an appeal in writing to of the President. With this appeal shall be included a copy of the original grievance and the replies received in steps 1 and 2. The President shall hold a conference with the grievant within ten (10) working days after receipt of the appeal. Participants in the conference will include the President, the grievant and the grievant advisor/representative. The President shall render a decision, in writing, within ten (10) working days after the conference.

Step Four: Board of Regents Review

If the employee is not satisfied with the resolution at Step Three, the employee may refer the dispute in writing for the Board's consideration. To proceed to Step Four, the written dispute referral must be submitted to the President of the University within four (4) days of receipt of the Step Three decision. At the next regular Board meeting following submission of the Step Four referral, the employee may present his/her case before the Board. The Board will review the grievance and the written decisions from each of the proceeding steps. Within ten (10) days of the meeting with the employee and his/her representative, the Board will provide the employee with its written decision. The decision of the Board is final and binding on all parties.

Miscellaneous Provisions

1.   Failure of an employee to comply with the timelines provided in the procedures above will result in final rejection of the dispute.

2.   Failure of the administrator to comply with the timelines provided in the procedures above will result in the dispute being advanced to the next step.

3.   The Employee shall have the right to choose an Association representative to be present at all stages of the grievance procedure.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

4.    No audio or video recording shall be made at any stage of the grievance process unless both the employee and the University representative consent to the recording.

5.    Each party shall have the right to call witnesses of its own choosing at any grievance hearing.

6.    Formal written grievances shall be submitted using the form in Appendix B of this Agreement.

7.    Grievances shall include the following:

    (a)    The specific term(s) of the Agreement allegedly violated, misinterpreted, or misapplied;

    (b)    A statement of the facts upon which the grievance is based, including the date on which the alleged grievance occurred; and

    (c)    The remedy sought.

## ARTICLE XV - GENERAL PROVISIONS

15.1 - All matters within the scope of bargaining have been negotiated and agreed upon. This Agreement represents the full understanding and commitment between the parties. This Agreement may be added to, deleted from, or otherwise changed only upon conferring regarding the reason for the addition, modification or other change to the Agreement and bargaining the impact, if any, of such addition, modification or other change to the Agreement.

15.2 - All rights are reserved to the University except those expressly limited by the terms of this Agreement.

15.3 - In the event that there is a conflict between a provision of this Agreement and the law, the law shall prevail. All other provisions of this Agreement, which are not in conflict with any law, shall continue in full force and effect.

15.4 - The University agrees that no usage fees shall be charged for faculty as they work toward the fulfillment of the academic mission of the university and approved student activities. This prohibition on fees includes but is not limited to office space, library services, photocopying to support instruction and the faculty members assignment, technology and lab facilities.

15.5 - Notification of Assignment

Faculty members will receive notification of tentative course assignments and schedules by August 1 for the fall semester, and by December 1 for the spring semester, subject to change based on student enrollment. Faculty members will receive notification of summer session assignments by May 1.

15.6 - Placement Memorandum

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

On or about July 1, the Provost and the Director of Human Resources, or their designee shall provide a bargaining unit faculty member to be appointed or reappointed to a position subject to this Agreement with written · memorandum summarizing his/her prospective appointment for the upcoming academic year, subject to enrollment. Notice by any other means is not valid notice and does not cause the formation of an agreement between the University and the bargaining unit faculty member. Oral promises regarding terms and conditions of employment and representations made in writing by persons other than the Provost or those designated by the Provost are not binding. The memorandum shall include, but need not be limited to the following:

- Effective Date of appointment or reappointment

- Report-to-work date

- Classification and rank

- Department and Title

- Duration of appointment

- If appointment is contingent on funding

- Non-tenure and/or tenure status

- Salary and projected bi-monthly expectations

Any faculty member whose employment is not going to be renewed for the upcoming academic year shall receive notification of such non-renewal by January 15.

Any faculty member who does not receive a notification of non-renewal by January 15 but who thereafter commits a disciplinary infraction that would have resulted in receipt of a notice of non-renewal shall not be renewed for the upcoming academic year, and such ·non-renewal shall not be considered a termination, provided the faculty member receives full compensation and benefits for the duration of the then-current academic appointment.

Summer Session appointments are in addition to the academic year contract.

## ARTICLE XVI - COMPENSATION

16.1 - In the interest of promoting a rich and engaging campus life, faculty shall be encouraged to serve in advisory roles to co-curricular student clubs and organizations associated with a University Academic program or honor society, as designated each academic year by the Dean of Student Success with a stipend of $300 per academic year, payable upon submission of a written report to the Dean of Student Success. The final date of submission will be April 30. Advisors shall be required to operate under the established guidelines of student activities and attend regular meetings at times that are convenient to the advisor's/sponsor's schedule. Advisors may be requested to address the Board as to the activities and accomplishments of his or her sponsored

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

organization from time to time, and to attend designated meetings, trainings, or other development as required by the Dean of Student Success.

16.2 - The Board shall compensate the Faculty in accordance with the salary schedule attached hereto as Exhibit A. In the event the University receives the opportunity to employ a faculty member on the basis of a supplemental compensation package (for example, an endowment, Fulbright Award; or a visiting professorship), the University shall have the ability to negotiate such faculty member's salary directly with the faculty member.

16.3 - A flat rate of $2500.00 will be paid for fall and spring semester overload for each course of three (3) or more credit hours. For courses of one (1) or two (2) credit hours, payment will be $834.00 per credit hour. Faculty shall be paid $834.00 per credit hour taught for summer courses.

## ARTICLE XVII - TENURE AND PROMOTION

This Agreement shall not address tenure.  Tenure provisions can be found under Board Policies on the University's website.–

## ARTICLE XVIII - REDUCTION IN FORCE

18.1 - Definitions

 a. *Reduction in Force* refers to the termination of a, faculty appointment resulting from a financial exigency, program reduction, or financial emergency. Faculty may not be laid off as a result of a financial exigency or program reduction except as provided in this policy.

 b. *Financial exigency* is defined as a condition of projected deficit in the University's operating budget of such magnitude that reduction in faculty is necessary.

 c. *Program reduction* is defined as the elimination or merger of degree programs, departments of instruction, or colleges, or reduction in student enrollment, which is a function of the University in its regular review of enrollments, departments and programs, resource allocation and strategic planning.

 d. *Financial emergency* is defined as a sudden, catastrophic situation (including but not limited to natural disaster, public health crisis, or act of terror) that requires budget reductions of such magnitude that the layoff of faculty is necessary and of such urgency that procedures and notice in Sections 18.2 and 18.3 cannot reasonably be followed.

18.2 - Initiation of Reduction in Force

 a. In order to maintain the University's strong commitment to academic integrity and diversity, the rules ·set forth herein make provision for adherence during the reduction process to the University's goals to the fullest extent allowed by law.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

b.   The University shall prepare and set forth, in writing, the circumstances giving rise to the declaration of a financial exigency or program reduction, and shall meet with HSSU-NEA regarding the anticipated impact on faculty positions.

c.   Any reduction in force resulting from a financial exigency or program reduction shall be declared and initiated only after feasible alternatives to reduction in force have been considered by the University, the HSSU-NEA, and faculty potentially affected by a reduction in force. Such measures may include, but are not limited to: reduced appointments, leave without pay, and /or early retirement with appropriate compensation.

d.   The Provost, with the approval of the President and in accordance with this directive, shall draw up the layoff list based on the program needs of the University and with regard to seniority within the School of College in which layoffs are to occur.

   1.   Faculty members who are not on tenure track shall be laid off first.

   2.   Faculty members shall be laid off next based on the program needs of the University.

   3.   Tenured faculty members shall be laid off next based on the program needs of the University.

e.   For any reduction in force resulting from financial exigency program reduction, the affected unit(s) shall be notified of the proposed reduction and rationale for that reduction. The paramount goal in the development of strategies and actions for dealing with reduction in force must be to maintain the goals of the University and the objectives of the strategic or long range plans of the University and its units.

f.   The University shall meet with the HSSU-NEA before implementing any reduction in force related to program reduction or financial exigency. The HSSU-NEA shall be provided with written information regarding the reduction in force, including a rationale for the proposed reduction and a list of faculty whose positions are under consideration for elimination or assignment change.

g.   Retention priority criteria within academic units or sub-units. During reduction in force, the following criteria shall be utilized in determining the retention priority of all faculty members within an affected academic unit or sub-unit after programmatic needs have been determined:

   1.   Retention decisions shall be based solely on the faculty member's contribution to the goals of the academic unit as defined by the faculty member's demonstrable achievement in the areas of teaching, scholarship, and service; credentials in high need enrollment areas, and the employees past performance evaluations (including successful attainment of designated learning outcomes for courses taught).

2.    Tenured faculty, members shall have retention priority over all untenured faculty members;

3.    Between faculty members with the same status (tenured, tenure-track, or non- tenure-track), the faculty member with the higher performance evaluation results shall have retention priority (e.g., more senior instructors shall have higher retention priority than those less senior);

4.    If two or more faculty members from different colleges are equal in retention priority, then the Provost shall determine who shall be retained, in consultation with the deans from the affected colleges.

5.    The dean's retention decisions shall consider the recommendations made by a committee comprised of faculty from the relevant college.

6.    Faculty members with the least retention priority shall be the first to be terminated within the specific unit.

18.3 - Notice

a.    Faculty subject to layoff under this section shall be given appropriate notice whenever possible, except notice is not required in layoffs due to financial emergency.

b.    Notification at least three months prior to termination shall be provided to non-tenure-track faculty (other than senior instructors) with a one-year contract.

c.    All tenured faculty shall receive notification at least six (6) months prior to termination except in cases of "financial exigency," in which case, notice will be provided to the affected faculty as soon as practicable, in the President's sole discretion.

d.    Faculty members and the Association shall be notified of terminations. Faculty members will be notified via registered mail.

18.4 - Recall Rights

Recall procedures for laid-off Faculty members shall be as follows:

a.    The Provost or his or her designee shall establish and maintain re-employment lists for all departments and programs including the name of any faculty on lay-off status. It is the responsibility of the faculty member(s) terminated from employment in connection with a reduction in force to notify the Office of the Academic Affairs of any changes in address.

b.    The University shall not fill a vacant faculty position by hiring an individual not on the recall list without first making written offers of recall to faculty members on the recall list who, according to the affected unit and in the discretion of the Provost

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

are qualified for the position. A faculty member who did not attain designated learning outcomes for courses previously taught shall not be considered qualified for recall.

c.    Recall rights shall extend for a period of three semesters from the effective lay-off date.

d.    Faculty members on the re-employment list shall receive offers of reemployment in reverse order of lay-off, according to their qualification for the open position.

e.    Faculty members on the recall list shall be notified of offers of re-employment via registered mail.

f.    Any faculty member on a recall list who cannot be reached or who fails to accept an offer of recall within ten (10) working days of receipt of the offer shall be deemed to have declined the offer, and shall be removed from the recall list.

g.    Any recalled faculty member shall be placed at least at the same rank and salary held at the time of lay-off.

18.5 – Financial Emergency: Reductions Not Covered By the Exigency Policy

a.    The University will notify the HSSU-NEA when a financial emergency will require a reduction in force. If in the University's judgment emergency action is necessary, the Vice President of Business and Financial Affairs will present justifications for the declaration of a financial emergency in a meeting of the Labor Relations Committee.

b.    Decisions to discontinue or reduce programs or departments, and the scope of faculty reduction that result, are not subject to the grievance procedure.

c.    The Office of Human Resources shall assist in the orderly transition from University-supported benefits to individually contracted programs.

d.    The recall provisions specified in Article 18.4 will apply.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPROVAL:


For the University:


_____        _____
President, Board of Regents               Date


For the Association:


_____        _____
President, HSSU-NEA                        Date

24

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

## APPENDIX A

### 2018-2019 – One Percent Raise

| Title | A | B | C | D | E |
|---|---|---|---|---|---|
| Instructor | 41,540 | 43,005 | 44,468 | 45,922 | 47,374 |
| Assistant Professor | 47,374 | 48,839 | 50,302 | 51,007 | 51,711 |
| Associate Professor | 53,231 | 54,696 | 56,159 | 57,623 | 59,086 |
| Professor | 59,107 | 62,653 | 64,958 | 67,877 | 70,796 |

### 2019-2020 – Additional One Percent Raise

| Title | A | B | C | D | E |
|---|---|---|---|---|---|
| Instructor | 41,956 | 43,435 | 44,913 | 46,381 | 47,848 |
| Assistant Professor | 47,848 | 49,327 | 50,805 | 51,517 | 52,228 |
| Associate Professor | 53,763 | 55,242 | 56,721 | 58,199 | 59,677 |
| Professor | 59,698 | 63,280 | 65,608 | 68,556 | 71,504 |

### 2020-2021 – Additional One Percent Raise

| Title | A | B | C | D | E |
|---|---|---|---|---|---|
| Instructor | 42,376 | 43,869 | 45,362 | 46,845 | 48,326 |
| Assistant Professor | 48,326 | 49,820 | 51,313 | 52,032 | 52,750 |
| Associate Professor | 54,301 | 55,794 | 57,288 | 58,781 | 60,274 |
| Professor | 60,295 | 63,913 | 66,264 | 69,241 | 72,219 |

If faculty member has been here <4 years, they are computed at Step A.
If faculty member has been here >=4 years, but <6 years they are computed at Step B.
If faculty member has been here >=7 years but <9, they are computed at Step C.
If faculty member has been here >=10 years, but <13, they are computed at Step D.
If faculty member has been here >13 years, they are computed at Step E.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

**APPENDIX B**

**HARRIS STOWE STATE UNIVERSITY**

**FACULTY GRIEVANCE FORM**

FACULTY MEMBERS WHO BELIEVE THAT A TERM OF THE COLLECTIVE BARGAINING AGREEMENT HAS BEEN VIOLATED MUST MEET WITH THEIR IMMEDIATE SUPERVISOR WITHIN TEN (10) DAYS OF THE ALLEGED VIOLATION. THE PURPOSE OF THIS INFORMAL CONFERENCE IS TO ATTEMPT TO PROVIDE CLARIFICATION OF THE ISSUE AND WHERE POSSIBLE RESOLVE THE DISPUTE. IF THE DISPUTE IS NOT RESOLVED WITHIN TEN (10) DAYS, AS DEFINED, OF THE INFORMAL CONFERENCE WITH THE IMMEDIATE SUPERVISOR. THE FACULTY OR THE ASSOCIATION MAY INITIATE THE FORMAL PROCEDURE BY FILING A FORMAL WRITTEN GRIEVANCE AS DEFINED IN SECTION 14.1A OF THE COLLECTIVE BARGAINING AGREEMENT. Failure of an employee to comply with the timelines provided in the procedures above will result in final rejection of the dispute. Failure of the administrator to comply with the timelines provided in the procedures above will result in the dispute being advanced to the next step. The term "days" as used herein means "faculty calendar work days" and excludes weekends, University holidays or recesses observed by the University. In counting the days, the day on which the event initiating the time limit is not counted.

NAME _____   POSITION TITLE _____

DEPARTMENT _____

DATE OF   EVENT _____   ADMINISTRATOR _____

NATURE OF GRIEVANCE _____

ARTICLE AND SECTION IN THE AGREEMENT ALLEGED TO BE VIOLATED

REMEDY SOUGHT _____

I hereby submit this grievance to the formal grievance procedure

EMPLOYEE SIGNATURE _____   DATE _____

**NOE PETITION EXH. 13, Page 28 of 32**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

STEP 1:   Within five (5) working days following receipt of the formal written grievance, the Dean shall render a decision to the grievant in writing within five (5) days following the conference.

        DATE GRIEVANCE RECEIVED_____

        RESPONSE/DECISION_____

        _____

        _____

        ADMINISTRATOR        SIGNATURE  DATE_____

        _____

STEP 2:   in the event the faculty member is not satisfied with the decision at Step 1 and wishes to appeal the grievance, he/she must submit the grievance to the Provost within ten (10) days following receipt of the decision given at Step 1.

        Within five (5) working days following receipt of the appeal, the Provost shall schedule a meeting with the faculty member and his/her Association representative to review the formal grievance and the recommendation through the informal process. Such meeting shall take place within ten (10) days of the Provost's receipt of the Step One grievance form. The Provost shall render a written decision within ten (10) days following the conference.

        DATE GRIEVANCE RECEIVED_____   CONFERENCE DATE_____

        RESPONSE/DECISION_____

        _____

        _____

        PROVOST        SIGNATURE  DATE_____

        _____

STEP 3:   In the event the aggrieved party is not satisfied with the decision at Step 2, he /she may within five (5) days of receiving the decision request that the parties request grievance mediation from the Federal Mediation and Conciliation Service (FMCS) In order to try to resolve the matter. The dates of mediation will be mutually agreed upon by both parties.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

In the event the aggrieved party is not satisfied with the outcome from Federal Mediation and Conciliation Service (FMCS), he/she may within five (5) working days from the final mediation session present an appeal in writing to the President With this appeal shall be included a copy of the original grievance and the replies received in steps 1 and 2. The President shall hold a conference with the grievant within ten (10) working days after receipt of the appeal. Participants in the conference will include the President, the grievant and the grieving's advisor/ representative. The President shall render a decision and the reasons for that decision, in writing, within ten (10) working days after the conference.

DATE GRIEVANCE RECEIVED_____   MEDIATION DATE_ _____

MEDIATION
RECOMMENDATION_____

_____  _____
____  _____

PRESIDENT'S                   SIGNATURE   DATE _          _____

____ _ _____   _____

RESPONSE/DECISION_____

_____  _____

STEP 4:   In the event the grievant is not satisfied with the outcome at Step 3, the aggrieved party may refer the dispute in writing for the Board of Regents consideration.

To proceed to Step Four, the written dispute referral must be submitted to the President of the University within four (4) days of receipt of the Step Three decision. At the next regular Board of Regents meeting following the submission of the referral, the grievant may present his/her case before the Board of Regents. The Board of Regents will review the grievance and the written decisions from each of the proceeding steps.

Within ten (10) days of the meeting with the grievant and his/her representative, the Board will provide the grievant with its written decision.

The decision of the Board of Regents is final and binding on all parties.

I hereby appeal this grievance to the Board of Regents.

FACULTY MEMBER SIGNATURE                 DATE _____

___ _  _____   _____  _ _____  __

DATE APPEAL RECEIVED___   __   BY_   _____  _____  ___

DATE OF BOARD REVIEW_____  _____

RESPONSE/DECISION

_____    ___ _____    __ _____    _ __ ____

AT EACH STEP OF THE GRIEVANCE PROCESS,
A COPY OF THIS FORM SHOULD BE SENT TO

DIRECTOR OF HUMAN RESOURCES
HUMAN RESOURCES DEPARTMENT

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Tab 5d **2322-CC09642**

**EXHIBIT**
**14**

# HARRIS-STOWE STATE UNIVERSITY
## BOARD  RECOMMENDATION

**April 23,  2021**

To:          Members of the  Harris-Stowe State  University Board  of Regents

Subject:     Recommendation to  Authorize the  Execution of the  Memorandum of Understanding
             Between HSSU  and  NEA  to  Amend Collective Bargaining Agreement

Meeting Date:   April 27,  2021

Recommendation:

For the authorization to execute of the Memorandum of Understanding Between  HSSU-National
Education Association and  Harris-Stowe State  University (MOU),  which amends the current  collective
bargaining agreement between  the HSSU-NEA and  the University by extending the duration of the
agreement to June 30, 2022 and  provides for faculty  salary  increases  effective Fall 2021.  In keeping with
the Board of Regents' role as a governing body, this MOU  is now being submitted for Board approval.

Recommended:  _____     4/23/2021
               Dr. LaTonia Collins Smith                  Date
               Provost and VP Academic Affairs

Approved        _____     _____
               Dr. Corey S. Bradford, Sr.                 Date
               President

Approved:      _____     5/13/2021
               Atty. Ronald  Norwood, Chair               Date
               Board of Regents

**PLAINTIFF'S EXHIBIT**

**15**

2322-CC09642

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

## MEMORANDUM OF UNDERSTANDING
### BETWEEN
### HARRIS-STOWE STATE UNIVERSITY AND NATIONAL EDUCATION ASSOCIATION
### REGARDING EXTENSION OF COLLECTIVE BARGAINING AGREEMENT

Comes now, Harris-Stowe State University and National Education Association (the Parties), who by mutual agreement between the Parties, state as follows:

Whereas the current Collective Bargaining Agreement between the Parties is dated July 1, 2019 - June 30, 2022.

Whereas by Memorandum of Understanding, the original effective date of July 1, 2018 through June 30, 2021 (per Section 1.2), was amended to July 1, 2019 - June 30, 2022.

Whereas the Board of Regents of Harris-Stowe State University has recognized National Education Association as the exclusive bargaining representative for all members of the bargaining unit comprised of full time faculty; excluding Deans and Assistant Deans, and other supervisory personnel who supervise full-time faculty of Harris-Stowe State University.

Whereas the Parties have determined it in the best interest of the University to extent negotiations of a Successor Agreement to the academic year 2022-2023.

Whereas the Parties have also determined that Appendix A shall be amended to reflect a salary increase for full-time faculty for academic year 2022-2023 and going forward, despite holding negotiations of a Successor Agreement in abeyance.

NOW THEREFORE, in consideration of the mutual promises and understandings between the Parties, and other and good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows.

Section 1.2 of the current Collective Bargaining Agreement shall be deemed to state that the Collective Bargaining Agreement will be in full force and effect through June 30, 2023.

Section 3.3. of the current Collective Bargaining Agreement shall be deemed to state that on or before February 1, 2023, the Parties shall agree on a date to commence bargaining a Successor Agreement.

Appendix A of the Collective Bargaining Agreement shall be deemed revised whereby the base salary shall be no less than as represented in the following chart, and the same shall be effective as of July 1, 2022:

**2022-2023**

| Title | A | B | C | D | E |
|---|---|---|---|---|---|
| Instructor | $49,876.00 | $51,369.00 | $52,862.00 | $54,345.00 | $55,826.00 |
| Assistant Professor | $55,826.00 | $57,320.00 | $58,813.00 | $59,532.00 | $60,250.00 |
| Associate Professor | $61,801.00 | $63,294.00 | $64,788.00 | $66,281.00 | $67,774.00 |
| Professor | $67,795.00 | $71,413.00 | $73,764.00 | $76,741.00 | $79,719.00 |

Tab 2b

This Memorandum of Understanding represents the joint understanding between the parties and will remain in effect so long as National Education Association operates as the exclusive bargaining representative for all members of the bargaining unit comprised of full time faculty, excluding Deans and Assistant Deans, and other supervisory personnel who supervise full-time faculty of Harris-Stowe State University, or, until a Successor Agreement becomes effective, whichever is earlier.

For the University

President, Harris-Stowe State University

6-24-22

Date

For the Association

President, HSSU-National Education Association

5-9-22

Date

NOE PETITION EXH. 15, Page 2 of 2


PLAINTIFF'S
16
2322-CC09642

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

**PERSONNEL SERVICES**                                   **Policy** 4180

**Employment**

**Faculty Grievance Procedure**

A "grievance" is a complaint by a faculty member of alleged unfair treatment by his/her employer or a fellow employee.  If any faculty member believes that he/she has been unfairly treated through the misapplication of the provisions of the Faculty Personnel Policies and Procedures Manual, any Board rule or regulation, administrative action or through the actions of another employee, which adversely affect the faculty member's status, he/she may have recourse in the following procedures:

**Step 1**

The faculty member shall first discuss the matter with the Director of Human Resources and the Division Director with the objective of resolving the matter informally.  If the matter is not resolved informally, the faculty member may present a written statement to the Division Director within ten (10) days after the original conference.  This written statement must set forth briefly the facts constituting the complaint(s). These facts include:

1.      What specifically was or was not done.
2.      The name(s) of the person(s) involved in the incident.
3.      The faculty personnel policy or procedure, Board rule or regulation, administrative action or other employee's action involved.
4.      The remedy or action requested as redress to the grievance.

**Step 2**

The Division Director is required to conduct an investigation and within ten (10) workdays after receipt of the written grievance, submit a written report of his/her response to the aggrieved faculty member with a copy to the Vice President for Academic Affairs.  The written report shall identify the issue(s) in the grievance and the action(s) taken to resolve it.

**Step 3**

If the faculty member believes that Step 2 has not resulted in a satisfactory redress of the grievance, such faculty member shall, within ten (10) workdays of receipt of the written report, submit the written grievance to the Vice President for Academic Affairs citing his/her reason(s) for not accepting the response of the Division Director.

**Policy** 4180
**Page 2**

**Step 4**

The Vice President for Academic Affairs shall promptly refer the grievance to a Faculty Grievance Committee for investigation who shall be selected by the University President/designee. The Committee shall immediately conduct an investigation and will decide the kinds of records that should be kept to insure a complete, accurate and confidential database. The Committee may also seek to bring about a settlement of the issue(s) satisfactory to the parties involved.  If a settlement is not possible, the Committee shall complete the investigation within twenty (20) workdays from the appointment of the Committee and submit its findings and recommendations to the Vice President for Academic Affairs.  A copy of such findings and recommendations will be sent to the grievant.

**Step 5**

The Vice President for Academic Affairs shall review the findings and recommendations of the Committee and shall confer with the grievant.  Within ten (10) workdays of the referral, the Vice President for Academic Affairs shall notify the grievant of his/her decision.

**Step 6**

If the grievant is dissatisfied with the decision of the Vice President for Academic Affairs, he/she may appeal to the President.  The President, after review of all the documents and recommendations, shall make a decision and notify the grievant.  The President's decision is final and no further appeal may be taken except in cases involving denial of promotions, denial of tenure, suspensions in excess of two (2) weeks, demotions and terminations.

**Step 7**

If the grievance involves denial of a promotion, denial of tenure, suspension in excess of two (2) weeks, demotion or a termination, and the faculty member is not satisfied with the decision of the President, he/she may appeal to the Board of Regents.  Appeals of this nature will be heard at the Board's discretion. Appeals must be filed with the Secretary of the Board within ten (10) workdays of the President's decision.  The Board will cause a due process hearing to be held on the issues presented within sixty (60) calendar days of the filing of the appeal.  The hearing may be held by three (3) or more members of the Board.  However, if the matter is heard by less than the full Board, the members hearing the matter shall take recommendations to the entire Board and the Board, after a review of the record and the recommendations, shall render a decision in writing containing specific findings of fact, conclusions and a decision.  Such decision shall be mailed to the parties at their address of record.  The decision of the Board of Regents shall be final, subject to appeal to the Courts as permitted by law.

**2322-CC09642**



Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

**HARRIS-STOWE STATE UNIVERSITY**
**DIVISION OF ACADEMIC AFFAIRS**



**PLAINTIFF'S EXHIBIT**
tabbies
**17**

October 4, 2022

Kenneth Noe
4914 Lansdowne Avenue
Saint Louis, MO 63109

Dear Dr. Noe,

The University is in receipt of a communication sent on your behalf on September 20, 2022, by the Missouri NEA in which an "informal resolution of grievance procedure and scheduling of informal resolution meeting" is sought. The role of the Missouri NEA is to ensure that University procedures are followed in instances of discipline, and that faculty are not denied negotiated benefits or working terms and conditions.

As you know, the University has no remote work policy, and there is no remote work benefit negotiated for faculty under the CBA. Last academic year, you were informed that in-person instruction would be required for all faculty for academic year 2022-2023. Further, on January 24, 2022, you were reminded of the University's inability to accommodate remote work going forward, and were informed that a final accommodation for remote work would be made on your behalf. See attached.

You submitted a request for remote work on August 8, 2022. On August 18, 2022, the University again explained that it was an undue burden for the request for remote work to be granted and instead proposed reasonable accommodations, which you rejected that same day via email. The University communicated with you again on August 19, 2022, requesting that you engage in the interactive process, which you have wholly ignored.[1]

What's more, in direct contravention of the University's directives to you, you cancelled classes without authority by the administration, and directly contacted students to instruct them to attend classes that you held remotely. On August 26, 2022, the University directed you to hold your classes in-person and reminded you of its commitment to engage with you in an interactive process to arrive at in-person accommodations that the University could make. You did not respond. You continued to hold classes remotely.

Your disregard for the administration and its directives, the best interest of the students and the University, your faculty duties and responsibilities, as well as other obligations to the university as a faculty member per the CBA[2] have compelled the University to take action.

---

[1] The University questions the August 26, 2022 communication sent by a MNEA representative citing non-existent submissions by you, disregarding the University's several communications to you, and further misstating the law.
[2] The University notes your absence from mandatory events, including faculty institute, per Article VIII, Section 8.5(a).

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

The grievance procedure in the CBA exist to challenge instances where the University acted arbitrarily or in direct contravention of the applicable procedures, or where negotiated benefits and working conditions are improperly denied by the University.  Specifically, you propose that a faculty member can:

- disregard the administrations directives and communications,
- disregard the faculty member's negotiated duties and responsibilities under the CBA,
- directly contravene written directives from the administration,
- disregard communications describing multiple opportunities to comply with the university's directives and communications, and fail to do so,[3]

then seek to "grieve" the termination (with pay).  Here, the University followed both the outlined procedure, and applicable law in its communications to you and in the ultimate decision to terminate your employment. The CBA therefore does not provide for a grievance in this instance, and the University neither negotiated nor adopts any such position. "All matters within the scope of bargaining have been negotiated and agreed upon. This Agreement represents the full understanding and commitment between the parties." Art. 15.1. There was no procedural violation or benefit denial to which an alleged grievance can be commenced by you under these circumstances. Further, in the request for informal resolution, none is alleged.

As a courtesy, the University offered and you accepted extended pay, until September 30, 2022. "All rights are reserved to the University except those expressly limited by the terms of this Agreement." Art. 15.2. The University will proceed accordingly.

We wish you the best with your health concerns, and with your future endeavors.

Sincerely,

Dr. Edward Hill, Jr.
Interim Provost

---

[3] This list of actions and inactions is not exhaustive.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM



**H**ARRIS-**STOW**E
STATE UNIVERSITY
OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

**ADA: Accommodation Letter**

October 22, 2021

Kenneth Noe
4914 Lansdowne Avenue
St. Louis, Missouri 63109

Dear Kenneth Noe:

This letter is in response to your request for an accommodation to perform the essential functions of your position. You requested an accommodation under the Americans with Disabilities Act (ADA) on 5/10/2021. We received documentation from your medical provider on 8/17/2021.

Your accommodation under the ADA will be the following:

- Remote work between 8/16/2021 and 12/17/2021

Your records will be maintained in accordance with applicable confidentiality requirements. Please contact me at 314.340.3563 if you have any questions.

Sincerely,

Romney Edwards
Director of Human Resources



**HAPPENS HERE**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM



**HARRIS-STOWE**
STATE UNIVERSITY
OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

**ADA: Accommodation Letter**

January 24, 2022

Kenneth Noe
4914 Lansdowne Avenue
St. Louis, Missouri 63109

Dear Kenneth Noe:

This letter is in response to your request for an additional accommodation to perform the essential functions of your position. You requested a work accommodation on 8/18/2021. The documentation provided on 8/18/2021 stated that you were requesting remote work as an accommodation without an expected end date. You were granted an accommodation of remote work through 12/17/2021.

On 11/10/2021, we received a request for an extension of your approved accommodation. This request was for remote work through Spring 2022. After a careful review, we have determined that we will grant the accommodation of remote work through 5/14/2022. However, we are unable to continue to provide you with a reasonable accommodation of remote work after 5/14/2022. This is due to the need of having Faculty on site to fulfil required student facing interactions and your past failure to participate in meetings and events (including virtual events) where attendance is required by faculty.

You may return to full time work on campus after 5/14/2022. Please provide your feedback regarding your return to work by **3/14/2022.**

Your records will be maintained in accordance with applicable confidentiality requirements. Please contact me at 314.340.3563 if you have any questions.

Sincerely,

Romney Edwards
Director of Human Resources



- 4 -

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

# HARRIS–STOWE
## STATE UNIVERSITY
*Change* **HAPPENS HERE**

#### OFFICE OF HUMAN RESOURCES

August 26, 2022

**VIA EMAIL AND FEDERAL EXPRESS**
Kenneth Noe
4914 Lansdowne Avenue
Saint Louis, MO  63109

Dear Dr. Noe,

The University has learned that without approval from the University administration, you have cancelled your classes for this opening week, and it appears that you do not intend to hold any classes next week.  As you are aware, the University has mandatory contact hours with students for each course and you have, unilaterally, placed the University in jeopardy of coming out of compliance – which necessarily negatively impacts our students.  This is unacceptable.

We further note that you are yet to respond to the communication from this office sent on August 19, 2022.

You are hereby advised that if you do not hold your classes as scheduled going forward, your employment with the University will be terminated and your courses will be reassigned.  For clarity, your assigned course schedule is as follows:

- PHIL0100 (UG22) (02)Introduction to Logical Thinking Mon, Wed 11:00 AM - 12:15 PM
- PHIL0101 (UG22) (01)Introduction to Philosophy Mon, Wed, Fri 01:00 PM - 01:50 PM
- PHIL0101 (UG22) (02)Introduction to Philosophy Tue, Thu 12:30 PM - 01:45 PM
- PHIL0102 (UG22) (02)Introduction to Ethics Mon, Wed 05:30 PM - 06:45 PM

Please be further advised that in violation of the CBA and the University's expectations of you, you did not come to faculty institute and you did not communicate your absence by phone, email or otherwise with the University administration.  This absence will be noted in your personnel file.

- 5 -

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Regards,

*Monique C. McKinney*

Monique C. McKinney
Office of Human Resources
Harris Stowe-State University
3026 Laclede Avenue
St. Louis, MO 63103
(314)340-3340

**NOE PETITION EXH. 17, Page 6 of 6**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

2322-CC09642



## HARRIS STOWE STATE UNIVERSITY
## FACULTY GRIEVANCE FORM

FACULTY MEMBERS WHO BELIEVE THAT A TERM OF THE COLLECTIVE BARGAINING AGREEMENT HAS BEEN VIOLATED MUST MEET WITH THEIR IMMEDIATE SUPERVISOR WITHIN TEN (10) DAYS OF THE ALLEGED VIOLATION.  THE PURPOSE OF THIS INFORMAL CONFERENCE IS TO ATTEMPT TO PROVIDE CLARIFICATION OF THE ISSUE AND WHERE POSSIBLE RESOLVE THE DISPUTE. IF THE DISPUTE IS NOT RESOLVED WITHIN TEN (10) DAYS, AS DEFINED, OF THE INFORMAL CONFERENCE WITH THE IMMEDIATE SUPERVISOR, THE FACULTY OR THE ASSOCIATION MAY INITIATE THE FORMAL PROCEDURE BY FILING A FORMAL WRITTEN GRIEVANCE AS DEFINED IN SECTION 14.1A OF THE COLLECTIVE BARGAINING AGREEEMENT.  Failure of an employee to comply with the timelines provided in the procedures above will result in final rejection of the dispute. Failure of the administrator to comply with the timelines provided in the procedures above will result in the dispute being advanced to the next step.  The term "days" as used herein means "faculty calendar workdays" and excludes weekends, University holidays or recesses observed by the University.  In counting the days, the day on which the event initiating the time limit is not counted.

**NAME** Dr. Kenneth          **POSITION TITLE** Tenure-track Faculty Assistant Professor

**DEPARTMENT** College of Arts and Science

**DATE OF EVENT** September 9, 2022

**ADMINISTRATOR** Dr. Daily-Davis, Dean, Mrs. McKinney, Interim Human Resources

The Association and Dr. Noe submit this Faculty grievance in accordance with grievance procedures in Article 14 and in Board Policy 4180 with the use of this single grievance form.

**NATURE OF GRIEVANCE**
The University's recommendation for termination of Dr. Noe's employment is in violation of the CBA and HSSU Board Policies as Dr Noe was not provided his due process rights within HSSU-NEA CBA and HSSU Board Policies.

**ARTICLE AND SECTION IN THE AGREEMENT ALLEGED TO BE VIOLATED** CBA: Article 4, Article 11, Article 12.1 Section B , Article 13 (entirety) , Article 14.1, Article 14.2 , and Article 15.3.  HSSU Board Policies -Personnel Services: Policy 4180 , 4135, 4137 and any and all other articles presented through discovery as a part of the investigation and grievance meetings.

**REMEDY SOUGHT**
1. Immediate Reinstatement
2. Any and all other relief in order to make Dr. Noe whole( including any uncompensated time and lost benefits beginning on September 9, 2022).
3.Recission of any discipline taked in conjunction with, related to or in preparation for Dr. Noe's notice of termination.

00194735.1

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

I hereby submit this grievance to the formal grievance procedure.

**EMPLOYEE SIGNATURE** *Dr. Kenneth Noe* **(electronic signature)   DATE** October 7, 2022


**STEP 1:**      Within five (5) working days following receipt of the formal written grievance, the Dean shall render a decision to the grievant in writing within five (5) days following the conference.

      **DATE GRIVANCE RECEIVED**_____ .

      **RESPONSE/DECISION**_____

      _____

      **ADMINISTRATOR SIGNATURE**_____**DATE**_____

**STEP 2:**      In the event the faculty member is not satisfied with the decision at Step 1 and wishes to appeal the grievance, he/she must submit the grievance to the Provost within ten (10) days following receipt of the decision given at Step 1.

Within five (5) working days following receipt of the appeal, the Provost shall schedule a meeting with the faculty member and his/her Association representative to review the formal grievance and the recommendation through the informal process. Such meeting shall take place within ten (10) days of the Provost's receipt of the Step One grievance form. The Provost shall render a written decision within ten (10) days following the conference.

      **DATE GRIEVANCE RECEIVED**_____**CONFERENCE DATE**_____

      **RESPONSE/DECISION**_____

      _____

      **PROVOST SIGNATURE**_____**DATE**_____

**STEP 3:**       In the event the aggrieved party is not satisfied with the decision at Step 2, he /she may within five (5) days of receiving the decision request that the parties request grievance mediation from the Federal Mediation and Conciliation Service (FMCS) in order to try to resolve the matter. The dates of mediation will be mutually agreed upon by both parties.

In the event the aggrieved party is not satisfied with the outcome from Federal Mediation and Conciliation Service (FMCS), he/she may within five (5) working days from the final mediation session present an appeal in writing to the President. With this appeal shall be included a copy of the original grievance and the replies received in steps 1 and 2. The President shall hold a conference with the grievant within ten (10) working days after receipt of the appeal. Participants in the conference will include the President, the grievant and the grievant's advisor/ representative. The President shall render a decision and the reasons for that decision, in writing, within ten (10) working days after the conference.

      **DATE GRIEVANCE RECEIVED**_____**MEDIATION DATE**_____

      **MEDIATION RECOMMENDATION**

      _____

      _____ _____

      **PRESIDENT'S SIGNATURE**_____**DATE**_____

      **RESPONSE/DECISION**_____

00194735.1

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

**STEP 4:**   In the event the grievant is not satisfied with the outcome at Step 3, the aggrieved party may refer the dispute in writing for the Board of Regents consideration.

To proceed to Step Four, the written dispute referral must be submitted to the President of the University within four (4) days of receipt of the Step Three decision.  At the next regular Board of Regents meeting following the submission of the referral, the grievant may present his/her case before the Board of Regents.  The Board of Regents will review the grievance and the written decisions from each of the proceeding steps.
Within ten (10) days of the meeting with the grievant and his/her representative, the Board will provide the grievant with its written decision.
The decision of the Board of Regents is final and binding on all parties.

**I hereby appeal this grievance to the Board of Regents.**

**FACULTY MEMBER  SIGNATURE**_____**DATE**_____

**DATE APPEAL RECEIVED**_____**BY** _____

**DATE OF BOARD REVIEW**_____

**RESPONSE/DECISION**_____

**AT EACH STEP OF THE GRIEVANCE PROCESS, A COPY OF THIS FORM SHOULD BE SENT TO**

**DIRECTOR OF HUMAN RESOURCES**
**HUMAN RESOURCES DEPARTMENT**

00194735.1

**NOE PETITION EXH. 18, Page 3 of 3**