2322-CC09642

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM




One US Bank Plaza
St. Louis, MO 63101

314 552
314 552 7000  fax
thompsoncoburn.com

**Sonette T. Magnus**
314 552 6255  direct
smagnus@thompsoncoburn.com

July 12, 2023

**VIA ELECTRONIC MAIL and U.S. MAIL TO:**
Mr. Jeremy Hollingshead
Hollingshead & Dudley
777 Bonhomme Avenue, Suite 2401
Saint Louis, Missouri 63105
j.hollingshead@hpelaw.com

Re:     **Confidential Settlement Offer – Kenneth Noe**

Dear Jeremy:

I am writing with regards to Dr. Kenneth Noe's charge of discrimination filed against Harris-Stowe State University (the "University").  In the interest of settlement, the University is willing to return Dr. Noe to employment under the same terms and conditions as his previous employment with the University: a tenure-track appointment for the 2023-2024 academic year, with credit for his years of service (i.e. he will not be treated as a new hire).  This offer is contingent on two things.  First, Dr. Noe must execute a mutually agreeable full waiver and release of claims with the University, including a covenant not to sue.  Second, Dr. Noe must come to an agreement with the University prior to the start of classes in August 2023 on reasonable accommodations that would allow him to perform all of the essential functions of his position, including in-person duties such as teaching in-person classes, mentoring and advising students, and actively participating in the life and administration of his department and the University.

Due to the impending start of the academic year, please provide a response to this offer by **no later than July 21, 2023**.

This offer is a confidential offer of settlement and may not be disclosed or used in any proceeding or for any other purpose without the written consent of the University.

Very truly yours,

Thompson Coburn LLP

By
    Sonette T. Magnus
    Partner

STM/cjp