# HARRIS-STOWE STATE UNIVERSITY
## OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

## Medical Inquiry Form
## ADA Reasonable Accommodation Request

**Information Pertaining to Medical Documentation:** In the context of assessing an accommodation request, medical documentation is required to determine if the employee has a disability covered by the ADA and to assist in identifying an effective accommodation. It is the responsibility of the employee to ensure this form is completed by the medical provider and returned back to the employer in order to complete the accommodation request.

Medical providers are asked to complete each section and fax back the signed and dated original form using the contact information on the attached document which also includes a description of the employee's job duties.

<u>Fax Completed Form To The Attention of Romney Edwards at FAX #314.340.3395</u>

Employee Name: _____Kenneth Noe_____

A. Questions to help determine whether the employee has a disability.

1. <u>Existence of impairment:</u> For reasonable accommodation under the ADA, the employee has a disability if he or she has an impairment that substantially limits one or more major life activities or a record of such impairment.

Does the employee have a physical or mental impairment? ☒YES ☐NO

   a. If yes, what is the impairment? _Type II Diabetes / hyperglycemia_

2. <u>Limitations on major life activities:</u> Answer the following question based on what limitations the employee has when his or her condition is in an active state and what limitations the employee would have if no mitigating measures were used. Mitigating measures include things such as medication, medical supplies, equipment, hearing aids, mobility devices, assistive technology, auxiliary aids or services, prosthetics, etc. Mitigating measures do not include ordinary eyeglasses or contact lenses.

Does the impairment substantially limit a major life activity as compared to most people in the general population?   ☒YES ☐NO

   a. If yes, what major life activity(s) (including major bodily functions) is/are affected? (Please circle).

| | | | |
|---|---|---|---|
| ☐Bending | ☐Hearing | ☐Reaching | ☐Speaking |
| ☐Breathing | ☒Interacting with Others | ☐Reading | ☐Learning |
| ☐Seeing | ☐Thinking Concentrating | ☐Lifting | ☐Sitting |
| ☐Walking | ☐Eating | ☐Performing Manual Tasks | |
| ☐Sleeping | ☐Working | ☐Standing | ☐Caring for Self |

**PLAINTIFF'S EXHIBIT 6**

**HARRIS-STOWE STATE UNIVERSITY**
**OFFICE OF HUMAN RESOURCES**

3026 Laclede Ave. | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

Other (Describe):

b. If yes, what major bodily function(s) is/are affected? (Please circle).

- ☐ Bladder
- ☐ Bowel
- ☐ Brain
- ☐ Hemic
- ☒ Immune
- ☐ Digestive
- ☒ Endocrine
- ☐ Genitourinary
- ☐ Cardiovascular
- ☐ Operation of an Organ
- ☐ Lymphatic
- ☐ Musculoskeletal
- ☐ Neurological
- ☐ Normal Cell Growth
- ☐ Reproductive
- ☐ Respiratory
- ☐ Special Sense Organs
- ☐ Circulatory

Other (Describe):

**3. Duration:** Describe the nature, severity and anticipated duration of the impairment.

Temporary (explain): *Should work from home through Spring 2023 due to high risk for covid infection*

Anticipated duration:

Temporary with residual side effects (explain):

Permanent:

Episodic/In Remission (explain):

**B. Questions to help determine whether an accommodation is needed.**

1. What limitation(s) is interfering with job performance or accessing a benefit of employment?
*Diabetes c hyperglycemia can cause dysfunction to immune system + is a high risk for possible covid infection*

2. What job functions (description attached) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)?
*High Risk Needs accommodation of working from home*

3. How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment?
*Can perform job duties but recommend pt work from home remotely*

**C. Questions to help determine effective accommodation options.**

1. Do you have any suggestions regarding possible accommodations to improve job performance?
☒ YES ☐ NO    *Allow pt to work from home through Spring 2023*

a. If so, what are they?

2. How would your suggestions improve the employee's job performance?
*Job can still be performed while decreasing risk exposure to patient*

**NOE PETITION EXH. 6, Page 2 of 3**

# HARRIS-STOWE STATE UNIVERSITY
## OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

**D. Other Questions or Comments:**

Health Care Provider Name: Gina Eoloff Hand NP

Health Care Provider Address: 6435 Chippewa St Louis MO 63109

Health Care Provider Phone Number: 314-366-3000

Health Care Provider Signature: X _Gina Hand-Eoloff DNP_

Date: 8-8-22

Fax Completed Form to the Attention of <u>Romney Edwards</u> at FAX #<u>314.340.3395</u>

---

This authorization does not cover, and the information to be disclosed should not contain, genetic information. "Genetic Information" includes: Information about an individual's genetic tests; information about genetic tests of an individual's family members; information about the manifestation of a disease or disorder in an individual's family members (family medical history); an individual's request for, or receipt of, genetic services, or the participation in clinical research that includes genetic services by the individual or a family member of the individual; and genetic information of a fetus carried by an individual or by a pregnant woman who is a family member of the individual and the genetic information of any embryo legally held by the individual or family member using an assisted reproductive technology.