

**PLAINTIFF'S EXHIBIT 7**

FAX FROM:
Mercy Internal Medicine
6435 Chippewa Street
St. Louis, MO 63109
PHONE: (314) 366-3000
FAX: (314) 366-3001

DATE: 8/18/21

TO: Kenneth Noe

☒ PHONE: Email — Redacted-Personal Identifier

FAX:

# PAGES (including cover sheet): 9

COMMENTS:

_____
_____
_____
_____
_____

The materials with this facsimile transmission are private and confidential and are the property of the sender. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this facsimile in error, please immediately notify me by telephone to arrange for the return of the documents.

# FAX CONFIRMATION          Result: **Success**

**Sent by:**
Name: Mercy Clinic Internal Med - Chippewa - (314) 366-3001
Voice Number:
Fax Number:
RightFax ID: CLINIC_208212420

**Sent to:**
Name: Fax User
Company:
Number/Address: 3143403395
Voice Number:
Remote CSID: Unknown

**mercy**

FAX FROM:
Mercy Internal Medicine
6435 Chippewa Street
St. Louis, MO 63109
PHONE: (314) 366-3000
FAX: (314) 366-3001

DATE: 8/18/21
TO: Chris Stowe
     Atty. Romney Edwards
PHONE:
FAX: 314.340.3395
# PAGES (including cover sheet): 7

COMMENTS:

**Details:**

| | |
|---|---|
| Type: | Fax |
| Cover Sheet: | has a cover page |
| Body Pages: | 7 |
| Billing Code #1: | |
| Billing Code #2: | |
| Unique ID: | CLI611D33D3A019 |
| Fax Channel: | 65 |
| Scanning Device: | |
| Scanned at: | 08/18/21 17:22:33 |
| Submitted at: | 08/18/21 16:22:42 |
| Completed at: | 08/18/21 16:22:48 |

# mercy

**FAX FROM:**
Mercy Internal Medicine
6435 Chippewa Street
St. Louis, MO 63109
PHONE: (314) 366-3000
FAX: (314) 366-3001

DATE: 8/18/24

TO: Harris Stowe
ATTN: Romney Edwards

PHONE: _____

FAX: 314.340.3395

# PAGES (including cover sheet): 7

COMMENTS:
_____
_____
_____
_____

The materials with this facsimile transmission are private and confidential and are the property of the sender. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this facsimile in error, please immediately notify me by telephone to arrange for the return of the documents.

Case: 4:24-cv-00056-RLW   Doc. #:  6-7   Filed: 01/10/24   Page: 4 of 9 PageID #: 498

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Aug. 17. 2021  1:41 PM                                                       No. 4518  P. 1



**HARRIS-STOWE STATE UNIVERSITY**
**OFFICE OF HUMAN RESOURCES**

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

# Fax

| To: | Dr. Catherine Ash | From: | Romney Edwards |
| --- | --- | --- | --- |
| Fax: | 314.366.3001 | Pages: | 4 |
| Phone: | | Date | August 17, 2021 |
| Re: | Kenneth Noe ADA Paperwork | cc: | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☒ Please Recycle

Greetings,

Attached you will find the Request for ADA Documentation for Kenneth Noe.

I can be reached at 314.340.3563.

Thank you.

Romney Edwards
Director of Human Resources
Harris-Stowe State University

**NOE PETITION EXH. 7, Page 4 of 9**

Aug. 17, 2021  1:42PM                                                   No. 4513   P. 3


## HARRIS-STOWE
### STATE UNIVERSITY
### OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

## AUTHORIZATION FOR USE/DISCLOSURE
## OF HEALTH INFORMATION

**Authorization for Use/Disclosure of Information:** I voluntarily consent to and authorize my health care provider Dr. Catherine Ash _____ (insert name) to use or disclose my health information during the term of this Authorization to the recipient(s) that I have identified below.

**Recipient:** I authorize my health care information to be released to the following recipient(s):

Name: Kenneth Noe

Address: [Redacted-Personal Identifier]

**Purpose:** I authorize the release of my health information for the following specific purpose: ADA Accommodations for the workplace _____.
(Note: "at the request of the patient" is sufficient if the patient is initiating this Authorization)

**Information to be disclosed:** I authorize the release of the following health information:

☐  All of my health information that the provider has in his or her possession, including information relating to any medical history, mental or physical condition and any treatment received by me.

☒  Only the following records or types of health information: Applicable to ADA Accommodations in the workplace _____.

**Term:** I understand that this Authorization will remain in effect:
☐  From the date of this Authorization until the _____ day of _____, 20___.
☒  Until the Provider fulfills this request.
☐  Until the following event occurs: _____.

**Redisclosure:** I understand that my health care provider cannot guarantee that the recipient will not redisclose my health information to a third party. The third party may not be required to abide by this Authorization or applicable federal and state law governing the use and disclosure of my health information.

**Refusal to sign/right to revoke:** I understand that signing this form is voluntary and that if I don't sign, it will not affect the commencement, continuation or quality of my treatment at Harris-Stowe State University. If I change my mind, I understand that I can revoke this authorization by providing a written notice of revocation to the Office of Human Resources at the email address listed below. The revocation will be effective immediately upon my health care provider's receipt of my written notice, except that the revocation will not have any effect on any action taken by my health care provider in reliance on this Authorization before it received my written notice of revocation.

**Questions:** If you have any additional questions please feel free to contact our Human Resources Department at (314) 340-3340; Romney Edwards EdwardRo@hssu.edu.

_____                    8/16/2021
Employee Signature                            Date                    Signature of Witness

If Individual is unable to sign this Authorization, please complete the information below:

_____    _____    _____    _____
Name of Guardian/            Legal Relationship    Date       Witness
Representative

**NOE PETITION EXH. 7, Page 5 of 9**



# HARRIS-STOWE STATE UNIVERSITY
## OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3568 | (314) 340-3395
www.hssu.edu

## Medical Inquiry Form
## ADA Reasonable Accommodation Request

**Information Pertaining to Medical Documentation:** In the context of assessing an accommodation request, medical documentation is required to determine if the employee has a disability covered by the ADA and to assist in identifying an effective accommodation. It is the responsibility of the employee to ensure this form is completed by the medical provider and returned back to the employer in order to complete the accommodation request.

Medical providers are asked to complete each section and fax back the signed and dated original form using the contact information on the attached document which also includes a description of the employee's job duties.

<u>Fax Completed Form To The Attention of Romney Edwards at FAX #314.340.3395</u>

**Employee Name:** Kenneth Noe

### A. Questions to help determine whether the employee has a disability.

<u>**1. Existence of impairment:**</u> For reasonable accommodation under the ADA, the employee has a disability if he or she has an impairment that substantially limits one or more major life activities or a record of such impairment.

Does the employee have a physical or mental impairment? ☒ YES ☐ NO

    a. If yes, what is the impairment? Type II DM w/ hyperglycemia

<u>**2. Limitations on major life activities:**</u> Answer the following question based on what limitations the employee has when his or her condition is in an active state and what limitations the employee would have if no mitigating measures were used. Mitigating measures include things such as medication, medical supplies, equipment, hearing aids, mobility devices, assistive technology, auxiliary aids or services, prosthetics, etc. Mitigating measures do not include ordinary eyeglasses or contact lenses.

Does the impairment substantially limit a major life activity as compared to most people in the general population?   ☒ YES ☐ NO

    a. If yes, what major life activity(s) (including major bodily functions) is/are affected? (Please circle).

| | | | |
|---|---|---|---|
| ☐ Bending | ☐ Hearing | ☐ Reaching | ☐ Speaking |
| ☐ Breathing | ☒ Interacting with Others | ☐ Reading | ☐ Learning |
| ☐ Seeing | ☐ Thinking Concentrating | ☐ Lifting | ☐ Sitting |
| ☐ Walking | ☐ Eating | ☐ Performing Manual Tasks | |
| ☐ Sleeping | ☐ Working | ☐ Standing | ☐ Caring for Self |

**NOE PETITION EXH. 7, Page 6 of 9**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

# HARRIS-STOWE STATE UNIVERSITY
## OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

Other (Describe): 

b. If yes, what major bodily function(s) is/are affected? (Please circle).

- ☐ Bladder
- ☐ Digestive
- ☐ Lymphatic
- ☐ Reproductive
- ☐ Bowel
- ☒ Endocrine
- ☐ Musculoskeletal
- ☐ Respiratory
- ☐ Brain
- ☐ Genitourinary
- ☐ Neurological
- ☐ Special Sense Organs
- ☐ Hemic
- ☐ Cardiovascular
- ☐ Normal Cell Growth
- ☐ Circulatory
- ☒ Immune
- ☐ Operation of an Organ

Other (Describe):

3. **Duration**: Describe the nature, severity and anticipated duration of the impairment.

Temporary (explain): *Should work from home until further notice*
Anticipated duration: *due to high risk of Covid infection*

Temporary with residual side effects (explain):

Permanent:

Episodic/In Remission (explain):

B. Questions to help determine whether an accommodation is needed.

1. What limitation(s) is interfering with job performance or accessing a benefit of employment?
*Diabetes w/ hyperglycemia can cause dysfunction to immune system — high risk for possible COVID infection*

2. What job functions (description attached) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)? *High risk pt needing accommodation of working from home*

3. How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment? *Can perform job duties but recommended pt works from home remotely*

C. Questions to help determine effective accommodation options.

1. Do you have any suggestions regarding possible accommodations to improve job performance?
☒ YES ☐ NO
a. If so, what are they? *Allow patient to work from home remotely*

2. How would your suggestions improve the employee's job performance? *Job can still be performed while decreasing risk factor to patient*

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Aug. 17. 2021   1:43PM                                                                  No. 4518   P. 7

# HARRIS-STOWE
## STATE UNIVERSITY
### OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

**D. Other Questions or Comments:**

Health Care Provider Name: _Gina Hand-Ecloff, APRN_

Health Care Provider Address: _6435 Chippewa St St Louis MO 63109_

Health Care Provider Phone Number: _314.366.3000_

Health Care Provider Signature: _Gina Hand-Ecloff DNP_

Date: _8/18/2021_

Fax Completed Form to the Attention of **Romney Edwards** at FAX #**314.340.3395**

---

This authorization does not cover, and the information to be disclosed should not contain, genetic information. "Genetic Information" includes: Information about an individual's genetic tests; information about genetic tests of an individual's family members; information about the manifestation of a disease or disorder in an individual's family members (family medical history); an individual's request for, or receipt of, genetic services, or the participation in clinical research that includes genetic services by the individual or a family member of the individual; and genetic information of a fetus carried by an individual or by a pregnant woman who is a family member of the individual and the genetic information of any embryo legally held by the individual or family member using an assisted reproductive technology.



MERCY CLINIC INTERNAL MEDICINE - CHIPPEWA
6435 CHIPPEWA STREET
SAINT LOUIS MO 63109-2104
Dept Phone: 314-366-3000
Dept Fax: 314-366-3001

8/18/2021

To Whom it May concern:

Kenneth E Noe has medical conditions that would put him at increased risk of Covid infection. It is recommended that he performs his job duties remotely and work from home. FMLA forms have been completed to show this accommodation request. Please feel free to contact the office if there are any additional questions or problems. Thank you for your time in this matter.

*Gina Hand-Eoloff DNP*

Gina Hand-Eoloff, APRN

1

**NOE PETITION EXH. 7, Page 9 of 9**