

**HARRIS-STOWE**
STATE UNIVERSITY
OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

## Medical Inquiry Form
## ADA Reasonable Accommodation Request

**Information Pertaining to Medical Documentation:** In the context of assessing an accommodation request, medical documentation is required to determine if the employee has a disability covered by the ADA and to assist in identifying an effective accommodation. It is the responsibility of the employee to ensure this form is completed by the medical provider and returned back to the employer in order to complete the accommodation request.

Medical providers are asked to complete each section and fax back the signed and dated original form using the contact information on the attached document which also includes a description of the employee's job duties.

Fax Completed Form To The Attention of **Romney Edwards** at FAX #314.340.3395

**Employee Name:** KENNETH NOE

**A. Questions to help determine whether the employee has a disability.**

**1. Existence of impairment:** For reasonable accommodation under the ADA, the employee has a disability if he or she has an impairment that substantially limits one or more major life activities or a record of such impairment.

Does the employee have a physical or mental impairment? ☒YES ☐NO

  a. If yes, what is the impairment? Major depressive disorder, recurrent, severe, without psychosis
  Panic disorder; Agoraphobia

**2. Limitations on major life activities:** Answer the following question based on what limitations the employee has when his or her condition is in an active state and what limitations the employee would have if no mitigating measures were used. Mitigating measures include things such as medication, medical supplies, equipment, hearing aids, mobility devices, assistive technology, auxiliary aids or services, prosthetics, etc. Mitigating measures do not include ordinary eyeglasses or contact lenses.

Does the impairment substantially limit a major life activity as compared to most people in the general population?   ☒YES ☐NO

  a. If yes, what major life activity(s) (including major bodily functions) is/are affected? (Please circle).

| ☐Bending | ☐Hearing | ☐Reaching | ☐Speaking |
| ☐Breathing | ☒Interacting with Others | ☐Reading | ☐Learning |
| ☐Seeing | ☒Thinking Concentrating | ☐Lifting | ☐Sitting |
| ☐Walking | ☐Eating | ☐Performing Manual Tasks | |
| ☒Sleeping | ☒Working | ☐Standing | ☒Caring for Self |

**PLAINTIFF'S EXHIBIT 8**



**HARRIS-STOWE STATE UNIVERSITY**
OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

Other (Describe): Driving.

b. If yes, what major bodily function(s) is/are affected? (Please circle).

☐ Bladder    ☐ Digestive       ☐ Lymphatic          ☐ Reproductive
☐ Bowel      ☐ Endocrine       ☐ Musculoskeletal    ☐ Respiratory
☐ Brain      ☐ Genitourinary   ☐ Neurological       ☐ Special Sense Organs
☐ Hemic      ☐ Cardiovascular  ☐ Normal Cell Growth ☐ Circulatory
☐ Immune     ☐ Operation of an Organ

Other (Describe):

**3. Duration:** Describe the nature, severity and anticipated duration of the impairment.

Temporary (explain):

Anticipated duration:  6-12 months

Temporary with residual side effects (explain):  Can have ongoing anxiety with periodic flare ups

Permanent:

Episodic/In Remission (explain):  Has ongoing anxiety and depression with periodic exacerbations

**B. Questions to help determine whether an accommodation is needed.**

1. What limitation(s) is interfering with job performance or accessing a benefit of employment?
Anxiety and fear of leaving house, intense anxiety among crowds, recurrent panic attacks, anxiety related driving and being around other people being unsafe or unhealthy; severe depression

2. What job functions (description attached) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)?
Being in a class or teaching class in-person due to fear of being around crowds of people and getting sick

3. How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment?
Patient can have severe difficulty and has had to call off work due to being unable to drive comfortably, get to work and due to severe anxiety of being in a class with other people.

**C. Questions to help determine effective accommodation options.**

1. Do you have any suggestions regarding possible accommodations to improve job performance?
☒ YES ☐ NO

a. If so, what are they?  Patient may be able to maintain his work on a virtual or remote basis

2. How would your suggestions improve the employee's job performance? Being in a safe/familiar environment at home



**HARRIS-STOWE STATE UNIVERSITY**
OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

**D. Other Questions or Comments:**

Health Care Provider Name: SAIF-UR-RAHMAN PARACHA, MD

Health Care Provider Address: 5000 CEDAR PLAZA PARKWAY, SUITE 350, ST. LOUIS MO 63128

Health Care Provider Phone Number: 314-843-4333

Health Care Provider Signature: _[signature]_

Date: 8/30/2022

Fax Completed Form to the Attention of **Romney Edwards** at FAX #**314.340.3395**

---

This authorization does not cover, and the information to be disclosed should not contain, genetic information. "Genetic Information" includes: Information about an individual's genetic tests; information about genetic tests of an individual's family members; information about the manifestation of a disease or disorder in an individual's family members (family medical history); an individual's request for, or receipt of, genetic services, or the participation in clinical research that includes genetic services by the individual or a family member of the individual; and genetic information of a fetus carried by an individual or by a pregnant woman who is a family member of the individual and the genetic information of any embryo legally held by the individual or family member using an assisted reproductive technology.

# PCC PSYCH CARE CONSULTANTS

☐ Clayton
1201 Bellevue Avenue
St. Louis, MO 63117
Ph: 314-647-4488
Fax: 314-647-6305

☐ Hazelwood
737 Dunn Road
Hazelwood, MO 63042
Ph: 314-569-1717
Fax: 314-569-0441

☐ St. Peters
4905 Mexico Road
Suite 300
St. Peters, MO 63376
Ph: 636-928-5109
Fax: 636-441-1081

☐ South County
5000 Cedar Plaza Parkway
Suite 350
St. Louis, MO 63128
Tel: (314) 843-4333
Fax: (314) 843-4856

☐ West County
763 S. New Ballas Road
Suite 110
St. Louis, MO 63141
Ph: 314-569-1717
Fax: 314-569-0441

## WORK/SCHOOL EXCUSE

Date: 8/30/22

Please excuse **Kenneth Noe** from

☒ School
☒ Work

For the following date(s):
8/15/22 through 8/30/22

May return on:
8/31/22

Please contact my office at 314-569-1717 if you require additional information.

Sincerely,

*[signature]*

CC: Patient's File

**NOE PETITION EXH. 8, Page 4 of 4**