# HARRIS-STOWE
## STATE UNIVERSITY
*Change* **HAPPENS HERE**

OFFICE OR HUMAN RESOURCES

August 18, 2022

Dr. Kenneth Noe
[Redacted-Personal Identifier]

Dear Dr. Kenneth Noe,

I am writing with regards to your recent request for a continued remote-work accommodation.

As you were made aware in the communication from this office on January 24, 2022 responding to your penultimate ADA Accommodation request, "[a]fter careful review, we have determined that we will grant the accommodation of remote work through 5/14/2022. However, we are unable to continue to provide you with a reasonable accommodation of remote work after 5/14/22. This is due to the need of having Faculty on site to fulfil required student facing interactions and your past failure to participate in meetings and events (including virtual events) where attendance is required [of] faculty (emphasis added)." This office in consultation with the administration now informs you that the requested accommodation submitted on August 8, 2022 to work remotely through Spring 2023 is denied.

The University (and the world) have been compelled to manage a difficult past two years with the COVID-19 pandemic, shifting student needs and demands, and critical assessments of the University's needs. The University's students, including some of your past students, have suffered gravely on account of the remote environment and thus it is in the best interest of the student body as a whole, and commensurate with the University's needs, that all faculty instruct in person and be present to hold in-person office hours, perform their respective faculty advising duties in person, fulfil other administrative functions including those provided for in the CBA in person, and be accessible to administrators. All faculty are expected to serve our students in an interactive manner which requires day-to-day coordination with the students, as well as with administrators, to ensure the University is optimally serving our students. Your presence on campus is an essential function of your role as a member of faculty, and the University has determined that continued remote work would create an undue hardship for the University.

However, the University is committed to engaging with you to arrive at accommodations that meet the needs of the University and address the concerns raised by your request. Specifically, the University proposes the following accommodations:

1) Permitting you to require masks of students in your class, as well as during meetings with administrators, faculty and students (for conferences, advising, or otherwise);
2) Permitting you to restrict the front row of your classroom;
3) Limiting the classroom size to 12 to enable social distancing in the classroom; and
4) Permitting you to take an additional 15 minute break during class time if needed to address your health, so long as the amount of additional breaks are reported to your Dean so that a determination can be made as to whether the students need a supplemental assignment or tasks to make up class-time.

If the above accommodations are acceptable to you, please advise and we will take steps to implement them. If you do not believe some or all of these suggested accommodations are necessary, please advise. If you have another articulable on-campus accommodation that may be more closely tailored to your concerns, please let us know so that we may discuss.

We look forward to your timely response so that action can be taken prior to the return of our students.

Sincerely,

Monique C. McKinney
Office of Human Resources
Harris-Stowe State University
3026 Laclede Ave
St. Louis, MO 63103
P: (314) 340-3340