# HARRIS–STOWE
## STATE UNIVERSITY
### *Change* HAPPENS HERE

OFFICE OF HUMAN RESOURCES

September 9, 2022

<u>**VIA EMAIL AND FEDERAL EXPRESS**</u>
Kenneth Noe
Redacted-Personal Identifier

Dear Dr. Noe,

We are in receipt of the submission from Psych Care Consultants dated August 30, 2022, which was received by facsimile at 2:16 pm on that date. This Psych Care Consultants submission follows your initial submission from Mercy Internal Medicine, which is dated August 8, 2022 and was received by facsimile at 11:50 am on that date. The University has compared the differences in the reported impairment and limitations.

The University has communicated to you that in-person instruction and advising of students is an essential function of your job. The University has also demonstrated, on numerous occasions, its intent and commitment to engaging with you to arrive at reasonable accommodations, that meet the needs of the University which are, among other things, to provide our students with in-person instruction and advising. Specifically, on August 18, 2022, the University proposed:

1) Permitting you to require masks of students in your class, as well as during meetings with administrators, faculty and students (for conferences, advising, or otherwise);
2) Permitting you to restrict the front row of your classroom;
3) Limiting the classroom size to 12 to enable social distancing in the classroom; and
4) Permitting you to take an additional 15 minute break during class time if needed to address your health, so long as the amount of additional breaks are reported to your Dean so that a determination can be made as to whether the students need a supplemental assignment or tasks to make up class-time.

Your response to this opening attempt by the University to commence an interactive process was submitted that same day, August 18, 2022, and there you **rejected** each proposed accommodation

and instead stated that because your doctor[1] recommended remote work accommodations, that you will hold firm that the only accommodation you will accept is remote work.

The University further communicated with you on August 19, 2022 when it was expressed that:

> "The university has communicated that remote work poses an undue burden and therefore the requested accommodation [of remote work] was not approved…The University remains committed to engaging with you in this regard…Please confirm that you will not engage with the University in crafting reasonable accommodations that will permit you to work in person."

<u>You did not respond to this communication</u>. You have not proposed any reasonable accommodations that would permit you to provide our students with the needed in-person instruction, or meet an essential function of your job which his to provide in-person instruction and student advising. You have therefore refused to engage in an interactive process in any meaningful manner whatsoever.

The University notes that in addition to your unacceptable actions outlined in this office's August 28, 2022 communication concerning your unilateral cancellation of class and the issues created by these actions, in stark violation of the University's directives to you, you have since directly contacted students and instructed them to visit an on-line platform where you would essentially conduct the classes assigned to you online. Several students have complained in-person about this to the University. Some students have opted to remove themselves from the courses assigned to you, and for others, the University is now compelled to craft student-focused solutions.

You were informed last academic year that in-person instruction would be required for all faculty for academic year 2022-2023. You were informed on August 28, 2022 that the University expects you to hold in-person classes, as consistent with both the University and our students' expectations of you. You have refused to respond in writing with a proposal describing anything the University could do to accommodate you providing in-person instruction and advising. Your insubordination and refusal to communicate effectively or meaningfully with your Dean, and your actions to essentially convert your assigned in-person classes to online instruction despite the University's communications to you is cause for termination.

Therefore, you are hereby informed that effective immediately, your employment with the University is terminated. Please return your University access including your badge, keys, documents, and any other University property to the Office of Human Resources no later than 5pm on September 14, 2022. Please call the undersigned to make arrangements. If you would prefer to send the University property by courier, please advise and we will send a prepaid box to your home. As a courtesy, you will be paid your full salary until September 30, 2022. You will soon receive information in a separate communication regarding COBRA.

---

[1] The paperwork submitted by Mercy Internal Medicine was by created and signed by a nurse.

Regards,

*Monique C. McKinney*

Monique C. McKinney
Office of Human Resources
Harris Stowe-State University
3026 Laclede Avenue
St. Louis, MO 63103
(314)340-3340

cc: Personnel File

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM