| | |
|---|---|
| From: | Noe, Kenneth <NoeK@hssu.edu> |
| Sent: | Friday, September 23, 2022 12:30 PM |
| To: | Daniel Bryar |
| Subject: | Fw: FMLA/ADA interactive process meeting |

Kenneth Noe, PhD
Assistant Professor of Philosophy
Gen Ed Advisory Council Chair
Missouri CCAC Humanities Team
Harris-Stowe State University
Saint Louis, MO
(314) 340-3681
College of Arts and Sciences

---

**From:** Charlyn Shepherd <charlyn.shepherd@mnea.org>
**Sent:** Friday, September 2, 2022 10:20 AM
**To:** Noe, Kenneth <NoeK@hssu.edu>; Davis, Terry Daily <DavisT@hssu.edu>; McKinney, Monique <MckinnMc@hssu.edu>
**Subject:** RE: FMLA/ADA interactive process meeting

[CAUTION: EXTERNAL MESSAGE] This message originated from a non-HSSU account. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email. If you have concerns, contact helpdesk@hssu.edu.

Good Morning,

We are again requesting the interactive process meeting as identified in EEOC.
It is imperative that this meeting occur as to the impact on the students and to Dr. Noe during this waiting period.

It is my understanding that the law requires that the University is required to hold an interactive meeting with the employee and the representative of their choosing **before a decision on the ADA request is made.**

**Please advise when such a meeting will be scheduled.** The purpose is to provide an opportunity to discuss Dr. Noe's need for an accommodation directly, and/or to explore whether or not there are alternative accommodations.
Until such Dr. Noe is to be held harmless.

Please feel free to ask any questions. Please provide dates and times of availability for this meeting.

Thank you,
Charlyn Shepherd


**From:** Charlyn Shepherd
**Sent:** Friday, August 26, 2022 3:50 PM
**To:** Noe, Kenneth <NoeK@hssu.edu>; Davis, Terry Daily <DavisT@hssu.edu>; McKinney,Monique

1

NOE PETITION EXH. 11, Page 1 of 2

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

<McKinnMc@hssu.edu>
**Subject:** FMLA/ADA interactive process meeting

Good Afternoon,

Dr. Noe has resubmitted the required paperwork for his request for ADA Accommodations.
It is my understanding that the law requires that the University is required to hold an interactive meeting with the employee and the representative of their choosing before a decision on the ADA request is made.

Please advise when such a meeting will be scheduled. The purpose is to provide an opportunity to discuss Dr. Noe's need for an accommodation directly, and/or to explore whether or not there are alternative accommodations. Until such Dr. Noe is to be held harmless.

It is imperative that this meeting occur as to the impact on the students and to Dr. Noe during this waiting period.

Please feel free to ask any questions.

Thank you,
**CHARLYN SHEPHERD, UNISERV DIRECTOR**
**UNIT 4    MISSOURI NEA**
314-584-1306 OFFICE
314-993-2962 FAX

"SOMETHING BETTER FOR STUDENTS AND PUBLIC EDUCATION"