**2322-CC09642**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

| | |
|---|---|
| **From:** | Kenneth Noe ⟨ Redacted-Personal Identifier ⟩ |
| **Sent:** | Monday, September 19, 2022 1:51 PM |
| **To:** | Loretta K. Haggard |
| **Subject:** | Fwd: paycheck short |



PLAINTIFF'S
EXHIBIT
**12**
tabbies

FYI.

--------- Forwarded message ---------
From: **Kenneth Noe** ⟨ Redacted-Personal Identifier ⟩
Date: Mon, Sep 19, 2022 at 1:49 PM
Subject: Re: paycheck short
To: Finley, Terence <FinleyT@hssu.edu>
Cc: McKinney, Monique <MckinnMc@hssu.edu>, Charlyn Shepherd <charlyn.shepherd@mnea.org>


Dr. Finley,

Thanks for getting back to me. This is more than an inconvenience. If it's all the same, I need the deposit now. I should not have to wait due to the University's error. Please have the deposit made this week. Thank you.

-Dr. Noe

On Mon, Sep 19, 2022 at 1:38 PM Finley, Terence <FinleyT@hssu.edu> wrote:

Dr. Noe, good afternoon. I trust all is well. I was able to sync with HR regarding this matter. You are correct, you are due to be paid thru 9/30/22. I will include the delta from the 9/15 payroll into your 9/30 payroll. Sorry for the inconvenience.



Thx & Rgds,



TFIN



From: Finley, Terence
Sent: Friday, September 16, 2022 1:45 PM
To: Kenneth Noe ⟨ Redacted-Personal Identifier ⟩
Subject: RE: paycheck short


Dr. Noe, thanks much for following up with me. I'll sync with HR & payroll on this matter and get back to you in short order.

1

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Thx & Rgds,


TFIN

---

**From:** Kenneth Noe <Redacted-Personal Identifier>
**Sent:** Friday, September 16, 2022 12:18 PM
**To:** Finley, Terence <FinleyT@hssu.edu>
**Subject:** Re: paycheck short


[CAUTION: EXTERNAL MESSAGE] This message originated from a non-HSSU account. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email. If you have concerns, contact helpdesk@hssu.edu.

Dr. Finley, I was terminated on 9/9. In any case, I was told by HR I would receive my fully salary until 9/30. Please advise.


On Fri, Sep 16, 2022 at 12:12 PM Finley, Terence <FinleyT@hssu.edu> wrote:

Dr. Noe, thanks for reaching out to me.  I need to dig into the matter for you.  What was your last date of employment at HSSU?  Please advise. If it was prior to the end of the pay period, that may be the cause for the shortage you identified.


Thx & Rgds,


TFIN


With Hornet Pride,


**Terence Finley**

Vice President and Chief Financial Officer

Office of Business and Financial Affairs

**NOE PETITION EXH. 12, Page 2 of 4**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Harris-Stowe State University

P: (314) 340-5770

www.hssu.edu



**HAPPENS HERE**

**From:** Kenneth Noe <span style="background:black">Redacted-Personal Identifier</span>
**Sent:** Wednesday, September 14, 2022 5:15 PM
**To:** Finley, Terence <FinleyT@hssu.edu>
**Subject:** paycheck short

[CAUTION: EXTERNAL MESSAGE] This message originated from a non-HSSU account. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email. If you have concerns, contact helpdesk@hssu.edu.

Hi Dr. Finley,

I had just called and left you a message about my paycheck being short about $611. If you could please get back to me asap. I also left a message with HR. Thank you.

-Dr. Noe

--

Kenneth Noe, PhD
Assistant Professor of Philosophy
Harris-Stowe State University
Saint Louis, MO

(314) 340-3681 (office)

3

**NOE PETITION EXH. 12, Page 3 of 4**

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Redacted-Personal Identifier (mobile)

College of Arts and Sciences

--

Kenneth Noe, PhD
Assistant Professor of Philosophy
Harris-Stowe State University
Saint Louis, MO

(314) 340-3681 (office)

Redacted-Personal Identifier (mobile)

College of Arts and Sciences

--

Kenneth Noe, PhD
Assistant Professor of Philosophy
Harris-Stowe State University
Saint Louis, MO
(314) 340-3681 (office)
Redacted-Personal Identifier (mobile)
College of Arts and Sciences

--

Kenneth Noe, PhD
Assistant Professor of Philosophy
Harris-Stowe State University
Saint Louis, MO
(314) 340-3681 (office)
Redacted-Personal Identifier (mobile)
College of Arts and Sciences

4

**NOE PETITION EXH. 12, Page 4 of 4**