EXHIBIT 14

# HARRIS-STOWE STATE UNIVERSITY
## BOARD RECOMMENDATION

**April 23, 2021**

To:   Members of the Harris-Stowe State University Board of Regents

Subject:   Recommendation to Authorize the Execution of the Memorandum of Understanding Between HSSU and NEA to Amend Collective Bargaining Agreement

Meeting Date:   April 27, 2021

Recommendation:

For the authorization to execute of the Memorandum of Understanding Between HSSU-National Education Association and Harris-Stowe State University (MOU), which amends the current collective bargaining agreement between the HSSU-NEA and the University by extending the duration of the agreement to June 30, 2022 and provides for faculty salary increases effective Fall 2021. In keeping with the Board of Regents' role as a governing body, this MOU is now being submitted for Board approval.

Recommended: _____   4/23/2021
Dr. LaTonia Collins Smith                                                Date
Provost and VP Academic Affairs

Approved _____   _____
Dr. Corey S. Bradford, Sr.                                                Date
President

Approved: _____   5/13/2021
Atty. Ronald Norwood, Chair                                        Date
Board of Regents