PLAINTIFF'S EXHIBIT 15

## MEMORANDUM OF UNDERSTANDING
## BETWEEN
## HARRIS-STOWE STATE UNIVERSITY AND NATIONAL EDUCATION ASSOCIATION
## REGARDING EXTENSION OF COLLECTIVE BARGAINING AGREEMENT

Comes now, Harris-Stowe State University and National Education Association (the Parties), who by mutual agreement between the Parties, state as follows:

Whereas the current Collective Bargaining Agreement between the Parties is dated July 1, 2019 - June 30, 2022.

Whereas by Memorandum of Understanding, the original effective date of July 1, 2018 through June 30, 2021 (per Section 1.2), was amended to July 1, 2019 - June 30, 2022.

Whereas the Board of Regents of Harris-Stowe State University has recognized National Education Association as the exclusive bargaining representative for all members of the bargaining unit comprised of full time faculty; excluding Deans and Assistant Deans, and other supervisory personnel who supervise full-time faculty of Harris-Stowe State University.

Whereas the Parties have determined it in the best interest of the University to extent negotiations of a Successor Agreement to the academic year 2022-2023.

Whereas the Parties have also determined that Appendix A shall be amended to reflect a salary increase for full-time faculty for academic year 2022-2023 and going forward, despite holding negotiations of a Successor Agreement in abeyance.

NOW THEREFORE, in consideration of the mutual promises and understandings between the Parties, and other and good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows.

Section 1.2 of the current Collective Bargaining Agreement shall be deemed to state that the Collective Bargaining Agreement will be in full force and effect through June 30, 2023.

Section 3.3. of the current Collective Bargaining Agreement shall be deemed to state that on or before February 1, 2023, the Parties shall agree on a date to commence bargaining a Successor Agreement.

Appendix A of the Collective Bargaining Agreement shall be deemed revised whereby the base salary shall be no less than as represented in the following chart, and the same shall be effective as of July 1, 2022:

**2022-2023**

| Title | A | B | C | D | E |
|---|---|---|---|---|---|
| Instructor | $49,876.00 | $51,369.00 | $52,862.00 | $54,345.00 | $55,826.00 |
| Assistant Professor | $55,826.00 | $57,320.00 | $58,813.00 | $59,532.00 | $60,250.00 |
| Associate Professor | $61,801.00 | $63,294.00 | $64,788.00 | $66,281.00 | $67,774.00 |
| Professor | $67,795.00 | $71,413.00 | $73,764.00 | $76,741.00 | $79,719.00 |

This Memorandum of Understanding represents the joint understanding between the parties and will remain in effect so long as National Education Association operates as the exclusive bargaining representative for all members of the bargaining unit comprised of full time faculty, excluding Deans and Assistant Deans, and other supervisory personnel who supervise full-time faculty of Harris-Stowe State University, or, until a Successor Agreement becomes effective, whichever is earlier.

For the University

_[signature]_  6-24-22
President, Harris-Stowe State University   Date

For the Association

_[signature]_  5-9-22
President, HSSU-National Education Association   Date