

2322-CC09642

**PERSONNEL SERVICES**                                    **Policy** 4180

**Employment**

**Faculty Grievance Procedure**

A "grievance" is a complaint by a faculty member of alleged unfair treatment by his/her employer or a fellow employee.  If any faculty member believes that he/she has been unfairly treated through the misapplication of the provisions of the Faculty Personnel Policies and Procedures Manual, any Board rule or regulation, administrative action or through the actions of another employee, which adversely affect the faculty member's status, he/she may have recourse in the following procedures:

**Step 1**

The faculty member shall first discuss the matter with the Director of Human Resources and the Division Director with the objective of resolving the matter informally.  If the matter is not resolved informally, the faculty member may present a written statement to the Division Director within ten (10) days after the original conference.  This written statement must set forth briefly the facts constituting the complaint(s). These facts include:

1. What specifically was or was not done.
2. The name(s) of the person(s) involved in the incident.
3. The faculty personnel policy or procedure, Board rule or regulation, administrative action or other employee's action involved.
4. The remedy or action requested as redress to the grievance.

**Step 2**

The Division Director is required to conduct an investigation and within ten (10) workdays after receipt of the written grievance, submit a written report of his/her response to the aggrieved faculty member with a copy to the Vice President for Academic Affairs.  The written report shall identify the issue(s) in the grievance and the action(s) taken to resolve it.

**Step 3**

If the faculty member believes that Step 2 has not resulted in a satisfactory redress of the grievance, such faculty member shall, within ten (10) workdays of receipt of the written report, submit the written grievance to the Vice President for Academic Affairs citing his/her reason(s) for not accepting the response of the Division Director.

Policy 4180
Page 2

**Step 4**

The Vice President for Academic Affairs shall promptly refer the grievance to a Faculty Grievance Committee for investigation who shall be selected by the University President/designee. The Committee shall immediately conduct an investigation and will decide the kinds of records that should be kept to insure a complete, accurate and confidential database. The Committee may also seek to bring about a settlement of the issue(s) satisfactory to the parties involved. If a settlement is not possible, the Committee shall complete the investigation within twenty (20) workdays from the appointment of the Committee and submit its findings and recommendations to the Vice President for Academic Affairs. A copy of such findings and recommendations will be sent to the grievant.

**Step 5**

The Vice President for Academic Affairs shall review the findings and recommendations of the Committee and shall confer with the grievant. Within ten (10) workdays of the referral, the Vice President for Academic Affairs shall notify the grievant of his/her decision.

**Step 6**

If the grievant is dissatisfied with the decision of the Vice President for Academic Affairs, he/she may appeal to the President. The President, after review of all the documents and recommendations, shall make a decision and notify the grievant. The President's decision is final and no further appeal may be taken except in cases involving denial of promotions, denial of tenure, suspensions in excess of two (2) weeks, demotions and terminations.

**Step 7**

If the grievance involves denial of a promotion, denial of tenure, suspension in excess of two (2) weeks, demotion or a termination, and the faculty member is not satisfied with the decision of the President, he/she may appeal to the Board of Regents. Appeals of this nature will be heard at the Board's discretion. Appeals must be filed with the Secretary of the Board within ten (10) workdays of the President's decision. The Board will cause a due process hearing to be held on the issues presented within sixty (60) calendar days of the filing of the appeal. The hearing may be held by three (3) or more members of the Board. However, if the matter is heard by less than the full Board, the members hearing the matter shall take recommendations to the entire Board and the Board, after a review of the record and the recommendations, shall render a decision in writing containing specific findings of fact, conclusions and a decision. Such decision shall be mailed to the parties at their address of record. The decision of the Board of Regents shall be final, subject to appeal to the Courts as permitted by law.