PLAINTIFF'S EXHIBIT 17



**HARRIS-STOWE STATE UNIVERSITY**
**DIVISION OF ACADEMIC AFFAIRS**

October 4, 2022

Kenneth Noe
4914 Lansdowne Avenue
Saint Louis, MO 63109

Dear Dr. Noe,

The University is in receipt of a communication sent on your behalf on September 20, 2022, by the Missouri NEA in which an "informal resolution of grievance procedure and scheduling of informal resolution meeting" is sought. The role of the Missouri NEA is to ensure that University procedures are followed in instances of discipline, and that faculty are not denied negotiated benefits or working terms and conditions.

As you know, the University has no remote work policy, and there is no remote work benefit negotiated for faculty under the CBA. Last academic year, you were informed that in-person instruction would be required for all faculty for academic year 2022-2023. Further, on January 24, 2022, you were reminded of the University's inability to accommodate remote work going forward, and were informed that a final accommodation for remote work would be made on your behalf. See attached.

You submitted a request for remote work on August 8, 2022. On August 18, 2022, the University again explained that it was an undue burden for the request for remote work to be granted and instead proposed reasonable accommodations, which you rejected that same day via email. The University communicated with you again on August 19, 2022, requesting that you engage in the interactive process, which you have wholly ignored.[1]

What's more, in direct contravention of the University's directives to you, you cancelled classes without authority by the administration, and directly contacted students to instruct them to attend classes that you held remotely. On August 26, 2022, the University directed you to hold your classes in-person and reminded you of its commitment to engage with you in an interactive process to arrive at in-person accommodations that the University could make. You did not respond. You continued to hold classes remotely.

Your disregard for the administration and its directives, the best interest of the students and the University, your faculty duties and responsibilities, as well as other obligations to the university as a faculty member per the CBA[2] have compelled the University to take action.

---

[1] The University questions the August 26, 2022 communication sent by a MNEA representative citing non-existent submissions by you, disregarding the University's several communications to you, and further misstating the law.
[2] The University notes your absence from mandatory events, including faculty institute, per Article VIII, Section 8.5(a).

The grievance procedure in the CBA exist to challenge instances where the University acted arbitrarily or in direct contravention of the applicable procedures, or where negotiated benefits and working conditions are improperly denied by the University. Specifically, you propose that a faculty member can:

- disregard the administrations directives and communications,
- disregard the faculty member's negotiated duties and responsibilities under the CBA,
- directly contravene written directives from the administration,
- disregard communications describing multiple opportunities to comply with the university's directives and communications, and fail to do so,[3]

then seek to "grieve" the termination (with pay). Here, the University followed both the outlined procedure, and applicable law in its communications to you and in the ultimate decision to terminate your employment. The CBA therefore does not provide for a grievance in this instance, and the University neither negotiated nor adopts any such position. "All matters within the scope of bargaining have been negotiated and agreed upon. This Agreement represents the full understanding and commitment between the parties." Art. 15.1. There was no procedural violation or benefit denial to which an alleged grievance can be commenced by you under these circumstances. Further, in the request for informal resolution, none is alleged.

As a courtesy, the University offered and you accepted extended pay, until September 30, 2022. "All rights are reserved to the University except those expressly limited by the terms of this Agreement." Art. 15.2. The University will proceed accordingly.

We wish you the best with your health concerns, and with your future endeavors.

Sincerely,

*[signature]*

Dr. Edward Hill, Jr.
Interim Provost

---

[3] This list of actions and inactions is not exhaustive.



**HARRIS-STOWE STATE UNIVERSITY**
**OFFICE OF HUMAN RESOURCES**

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

### ADA: Accommodation Letter

October 22, 2021

Kenneth Noe
4914 Lansdowne Avenue
St. Louis, Missouri 63109

Dear Kenneth Noe:

This letter is in response to your request for an accommodation to perform the essential functions of your position. You requested an accommodation under the Americans with Disabilities Act (ADA) on 5/10/2021. We received documentation from your medical provider on 8/17/2021.

Your accommodation under the ADA will be the following:

- Remote work between 8/16/2021 and 12/17/2021

Your records will be maintained in accordance with applicable confidentiality requirements. Please contact me at 314.340.3563 if you have any questions.

Sincerely,

Romney Edwards
Director of Human Resources



HAPPENS HERE

- 3 -



**HARRIS-STOWE STATE UNIVERSITY**
OFFICE OF HUMAN RESOURCES

3026 Laclede Ave | St. Louis, MO 63103
(314) 340-3563 | (314) 340-3395
www.hssu.edu

## ADA: Accommodation Letter

January 24, 2022

Kenneth Noe
4914 Lansdowne Avenue
St. Louis, Missouri 63109

Dear Kenneth Noe:

This letter is in response to your request for an additional accommodation to perform the essential functions of your position. You requested a work accommodation on 8/18/2021. The documentation provided on 8/18/2021 stated that you were requesting remote work as an accommodation without an expected end date. You were granted an accommodation of remote work through 12/17/2021.

On 11/10/2021, we received a request for an extension of your approved accommodation. This request was for remote work through Spring 2022. After a careful review, we have determined that we will grant the accommodation of remote work through 5/14/2022. However, we are unable to continue to provide you with a reasonable accommodation of remote work after 5/14/2022. This is due to the need of having Faculty on site to fulfil required student facing interactions and your past failure to participate in meetings and events (including virtual events) where attendance is required by faculty.

You may return to full time work on campus after 5/14/2022. Please provide your feedback regarding your return to work by 3/14/2022.

Your records will be maintained in accordance with applicable confidentiality requirements. Please contact me at 314.340.3563 if you have any questions.

Sincerely,

Romney Edwards
Director of Human Resources



- 4 -

**NOE PETITION EXH. 17, Page 4 of 6**

# HARRIS-STOWE
## STATE UNIVERSITY
*Change* **HAPPENS HERE**

OFFICE OF HUMAN RESOURCES

August 26, 2022

**VIA EMAIL AND FEDERAL EXPRESS**
Kenneth Noe
4914 Lansdowne Avenue
Saint Louis, MO 63109

Dear Dr. Noe,

The University has learned that without approval from the University administration, you have cancelled your classes for this opening week, and it appears that you do not intend to hold any classes next week. As you are aware, the University has mandatory contact hours with students for each course and you have, unilaterally, placed the University in jeopardy of coming out of compliance – which necessarily negatively impacts our students. This is unacceptable.

We further note that you are yet to respond to the communication from this office sent on August 19, 2022.

You are hereby advised that if you do not hold your classes as scheduled going forward, your employment with the University will be terminated and your courses will be reassigned. For clarity, your assigned course schedule is as follows:

- PHIL0100 (UG22) (02)Introduction to Logical Thinking Mon, Wed 11:00 AM - 12:15 PM
- PHIL0101 (UG22) (01)Introduction to Philosophy Mon, Wed, Fri 01:00 PM - 01:50 PM
- PHIL0101 (UG22) (02)Introduction to Philosophy Tue, Thu 12:30 PM - 01:45 PM
- PHIL0102 (UG22) (02)Introduction to Ethics Mon, Wed 05:30 PM - 06:45 PM

Please be further advised that in violation of the CBA and the University's expectations of you, you did not come to faculty institute and you did not communicate your absence by phone, email or otherwise with the University administration. This absence will be noted in your personnel file.

Electronically Filed - CITY OF ST. LOUIS - December 04, 2023 - 10:30 AM

Regards,

*Monique C. McKinney*

Monique C. McKinney
Office of Human Resources
Harris Stowe-State University
3026 Laclede Avenue
St. Louis, MO 63103
(314)340-3340